UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Duxbury Trucking, Inc. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: |
| Massachusetts Highway Department, et al. | ) |
| Defendants. | ) |

### DUXBURY TRUCKING, INC.'S DISCLOSURE STATEMENT
### LOCAL RULE 7.3(A)

Nongovernmental Corporation

☐   The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stocks:

☐   The filing party identifies the following publicly held corporation with which a merger agreement with the party exists:

OR

Partnership

☐   The filing party, a partnership, identifies the following nongovernmental corporate entity that holds an interest in said partnership, the corporate partner's parent corporation, and any publicly held corporation that owns 10% or more of the corporate partner's stock:

☐   The filing party identifies the following publicly held corporation that has a merger agreement with the corporate partner:

OR

Nothing to Disclose

☒   The filing party has none of the above.

1

Respectfully submitted,

Duxbury Trucking, Inc.
By Its Attorneys:
SHAHEEN & GORDON, P.A.

Dated: October 5, 2004

_____
Arpiar G. Saunders, Jr. B.B.O. #442860
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262

SHAHEEN & GORDON, PROFESSIONAL ASSOCIATION
107 STORRS STREET, PO BOX 2703, CONCORD, NH 03302-2703 (603) 225-7262