UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Duxbury Trucking, Inc., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-12118-NG |
| Massachusetts Highway Department, et al., | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR NEW SUMMONS

NOW COMES Plaintiff, Duxbury Trucking, Inc., by and through its attorneys, Shaheen & Gordon, P.A., respectfully moves that this Court issue a new summons for defendant Stanley Gee, and in support thereof states as follows:

1. On or about October 5, 2004, Duxbury Trucking, Inc. filed a Complaint in this Court against multiple defendants, including defendant Stanley Gee. The Complaint was filed pursuant to 23 U.S.C. § 324 and 42 U.S.C. § 1983.

2. On or about October 6, 2004, the Court issued summons for each of the defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure. The summons against defendant Gee indicated an address of 71 Atlantic Avenue, Unit 3B, Boston, Massachusetts 02111.

3. Based upon information and belief, defendant Gee currently resides at 71 Appletree Lane, Clifton Park, New York 12065.

4. The plaintiff, therefore, requests that this Court issue a new summons concerning defendant Gee indicating his address in New York.

5. A new summons with defendant Gee's proper address – 71 Appletree Lane, Clifton Park, New York 12065 - is attached to the within Motion for the Court's seal and signature and subsequent return to plaintiff.

6. Due to the nature of this Motion, no memorandum of law is required.

WHEREFORE, plaintiff respectfully requests that this Honorable Court:

a. Grant the within Motion;

b. Order that the Court's seal and signature be affixed to the Summons attached hereto and that it then be forwarded to plaintiff's undersigned counsel; and

c. Grant such further relief as this Court deems necessary and just.

Respectfully submitted,

Duxbury Trucking, Inc.
By Its Attorneys:
SHAHEEN & GORDON, P.A.

DATED: October 21, 2004

Arpiar G. Saunders, Jr.
B.B.O. #442860
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
asaunders@shaheengordon.com

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

DUXBURY TRUCKING, INC.

**SUMMONS IN A CIVIL ACTION**

V.

MASSACHUSETTS HIGHWAY DEPARTMENT,
ET AL.

CASE NUMBER:  04-CV-12118-NG

TO: (Name and address of Defendant)

STANLEY GEE
71 APPLETREE LANE
CLIFTON PARK, NY 12065-2105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                              DATE

(By) DEPUTY CLERK

®AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                              *Signature of Server*

                                       _____
                                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.