AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DUXBURY TRUCKING, INC.

**SUMMONS IN A CIVIL ACTION**

V.

MASSACHUSETTS HIGHWAY DEPARTMENT,
ET AL.

CASE NUMBER: 04CV12118 NG

TO: (Name and address of Defendant)

MASSACHUSETTS HIGHWAY DEPARTMENT
10 PARK PLAZA
BOSTON, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arpiar G. Saunders, Jr., Esq.
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE OCT 0 6 2004

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

04CV12118 NG

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date              Signature of Server

              _____
              Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

December 7, 2004
I hereby certify and return that on 12/1/2004 at 12:00PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to R.Fabbio, agent in charge at time of service, for Massachusetts Highway Department, at c/o Commissioner John Cogliano, 10 Park Plaza, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee ($H) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00)/Total Charges $41.00

Deputy Sheriff   Daniel Murray                                     Deputy Sheriff