AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

DUXBURY TRUCKING, INC.

V.

MASSACHUSETTS HIGHWAY DEPARTMENT,
ET AL.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-12118 NG

TO: (Name and address of Defendant)

Brenda Armstead
7809 Big Buck Drive
Baltimore, MD 21244

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arpiar G. Saunders, Jr., Esq.
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS             OCT 0 6 2004

CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 29, 2004 |
| NAME OF SERVER (PRINT) Mike Herring | TITLE Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 7809 Big Buck Dr, Baltimore, MD 21244

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $0.00 $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-29-04
                Date

Signature of Server  /s/ Mike Herring

Address of Server  401 Bosley Ave.
Towson, MD 21204

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.