**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                    )
DUXBURY TRUCKING, INC.,                             )
                                                    )
       Plaintiff,                                   )
                                                    )
V.                                                  )
                                                    )
MASSACHUSETTS HIGHWAY DEP'T;                        )
MASSACHUSETTS TURNPIKE AUTH.;                       )   CA No. 04-12118-NG
EDWARD W. MORRIS, JR., FED. HIGHWAY                 )
ADMIN. (FORMER) ASSOC. ADM'R FOR                    )
CIVIL RIGHTS; BRENDA ARMSTEAD, FED.                 )
HIGHWAY ADMIN., EQUAL OPPORTUNITY                   )
SPECIALIST; ARTHUR "GENE" ARMSTEAD,                 )
FED. HIGHWAY ADMIN., EASTERN RES.                   )
CTR., CIVIL RIGHTS TEAM; STANLEY                    )
GEE, FEDERAL HIGHWAY ADMIN., DIST.                  )
ADM'R,                                              )
                                                    )
       Defendants.                                  )
_____)

## FEDERAL DEFENDANTS' MOTION TO DISMISS

Federal Defendants, Edward W. Morris, Jr., Brenda Armstead, Arthur Armstead, and Stanley Gee, hereby move to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and (6), based on lack of personal jurisdiction and failure to state a claim.  In the alternative, the federal Defendants move, pursuant to Fed.R.Civ.P. 12(e) for a more definite statement, so that, if necessary, they can move to dismiss based on absolute and/or qualified immunity.  The grounds for this Motion are more fully set forth in the Memorandum of Law filed herewith.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Damian W. Wilmot
                              DAMIAN W. WILMOT
                              Assistant U.S. Attorney
                              Moakley Federal Courthouse
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3100
Dated: January 3, 2005
```

## CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, on December 22, 2004, and January 3, 2005, I have conferred with Plaintiff's counsel and have attempted in good faith to resolve the issues addressed in this Motion.

```
                               /s/ Damian W. Wilmot
                              DAMIAN W. WILMOT
                              Assistant U.S. Attorney
```

## CERTIFICATE OF SERVICE

Suffolk,  ss.                 Boston, Massachusetts
                              January 3, 2005

I certify that on January 3, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff's Attorney, Arpiar G. Saunders, Jr., Shaheen & Gordon, PA, 107 Storrs Street, P.O. Box 2703, Concord, NH 03302-2703, by first class mail, postage pre-paid.

```
                               /s/ Damian W. Wilmot
                              DAMIAN W. WILMOT
                              Assistant U.S. Attorney
```