AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Duxbury Trucking, Inc.

v.

Mass Highway Dept., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04cv12118NG

TO: (Name and address of Defendant)

Stanley Gee
71 Appletree Lane
Clifton Park, NY 12065

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arpiar G. Saunders, Jr., Esq.
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  11/3/2004

| | |
|---|---|
| US DISTRICT COURT OF MASSACHUSETTS | Sheriff File Number – 04002618 |

| | |
|---|---|
| DUXBURY TRUCKING, INC.<br><br>vs.<br><br>STANLEY GEE | Affidavit of Service<br><br>Summons & Complaint |

State of New York - County of Saratoga    SS:

I, Deputy Sheriff Mark S Whitcher, Badge # 47 being duly sworn, deposes and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 12/20/04 at 12:40 pm, at 71 APPLETREE Lane, CLIFTON PARK, NY 12065 deponent served the within Summons & Complaint on STANLEY GEE, the defendant named therein, in the following manner.

ALTERNATE PERSON

By delivering to and leaving with Elizabeth Gee the wife to the defendant a true copy thereof, a person of suitable age and discretion. Said address was the dwelling place of the defendant who is a Civil Engineer in Boston and is only home on weekends.

MAILED

By mailing, in a plain envelope marked Personal & Confidential on 12/21/04 a copy of the document to the defendant at this last known address which was 71 APPLETREE Lane, CLIFTON PARK, NY 12065

NON-MILITARY

At the time of service Elizabeth Gee was asked if Stanley Gee was in the Military Service of the U.S. Government and she replied that he is not.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Black, Gender: Female Height: 5' 06" Weight: 150 Age: 55.

SERVICE ATTEMPTS
Date: 12/16/04 Time: 07:15 am 71 APPLETREE Lane CLIFTON PARK, NY 12065
Date: 12/17/04 Time: 06:50 am 71 APPLETREE Lane CLIFTON PARK, NY 12065

Sworn to before me on _____

Notary Public

_____
Mark S Whitcher    47
Deputy Sheriff    Badge Number