AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

DUXBURY TRUCKING, INC.

V.

MASSACHUSETTS HIGHWAY DEPARTMENT, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12118 NG

TO: (Name and address of Defendant)

EDWARD W. MORRIS, JR.
717 59TH AVENUE
FAIRMONT HEIGHTS, MD 20743

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arpiar G. Saunders, Jr., Esq.
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

OCT 0 6 2004

DATE

≫AO 440 (Rev. 8/01) Summons in a Civil Action

**04-12118-NG**

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1601 MCCORMICK DR, Largo, MD. 20774

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12-13-04__    DIS J. Boswell #220
          *Date*          *Signature of Server*

1601 MCCORMICK DR, Largo, MD
         PGSO
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.