## COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK , ss. | UNITED STATES DISTRICT COURT<br>C. A. No. 04-CV12118 NG |

Duxbury Trucking Inc., )
)
Plaintiff, )
v. )
)
Massachusetts Highway Department; )
Massachusetts Turnpike Authority; Edward )
W. Morris, Jr., Federal Highway )
Administration, (Former) Associate )
Administrator for Civil Rights; Brenda )
Armstead, Federal Highway Administration, )
Eastern Resource Center, Civil Rights Team; )
Stanley Gee, Federal Highway )
Administration, District Administrator, )
)
Defendants. )
)

## **NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the defendant, Commonwealth of Massachusetts in the above-entitled case.

COMMONWEALTH OF MASSACHUSETTS
By its Attorneys

THOMAS F. REILLY
ATTORNEY GENERAL

_____
David B. Stanhill, BBO # 654187
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, David B. Stanhill, hereby certify that I have this day, Tuesday, January 11, 2005, served the **foregoing** document, upon all parties, by mailing a copy, first class, postage prepaid to: Arpriar G. Saunders, Jr., Esq., Shaheen & Gordon, P.A., 107 Storrs Street, P.O. Box 2703, Concord, N.H. 03302-2703

_____
David B. Stanhill, BBO # 654187
Assistant Attorney General
1 Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200, Ext. 3319