UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Duxbury Trucking, Inc., )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>Massachusetts Highway Department, et al., )<br> )<br> Defendants. )<br> ) | Civil Action No. 04-12118-NG |

### AFFIDAVIT OF COMPLIANCE WITH FED. R. CIV. P. 4(i)(1)(C)

1.  My name is Arpiar G. Saunders, Jr.  I am an attorney licensed to practice law in the State of Massachusetts.  I am counsel for the plaintiff in the above-referenced matter.

2.  I hereby certify that on December 22, 2004, a copy of the Summons and Complaint in this matter were sent by certified mail, return receipt requested, postage prepaid to the Federal Highway Administration in Washington, D.C..  A copy of my letter of transmittal is attached as Exhibit A.

3.  A Return Receipt from the United States Postal Service is also attached to this Affidavit as Exhibit B which reflects that service of process was effectuated upon the Federal Highway Administration on December 27, 2004.  Accordingly, service was effectuated within 120 days after plaintiff filed the Complaint.

Dated at Concord, New Hampshire this 25th day of January, 2005.

/s/ Arpiar G. Saunders, Jr._____
Arpiar G. Saunders, Jr. B.B.O. #442860

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

      Personally appeared before me this 25th day of January, 2005, Arpiar G. Saunders, Jr., known to me (or satisfactorily proven) and gave oath that the above statements are true and accurate to the best of his knowledge and belief.

      /s/ Jessica D. Bellemore_____
      Notary Public/Justice of the Peace
      My Commission Expires: 12/5/2006