# EXHIBIT A

# SHAHEEN & GORDON
### PROFESSIONAL ASSOCIATION

Arpiar G. Saunders, Jr.
*Attorney at Law*

*Offices*
Concord, NH
Dover, NH
Portsmouth, NH
York, ME

December 22, 2004

Federal Highway Administration
400 Seventh Street, SW
Washington, D.C. 20590

**VIA CERTIFIED MAIL**

Re:  Duxbury Trucking, Inc. v. Massachusetts Highway Department, et al.,
      Case No. 04-cv-12118-NG

Dear Sir or Madam:

Pursuant to Fed. R. Civ. P. 4(i)(1), enclosed please find a copy of the Summons and Complaint for each of the following employees of the Federal Highway Administration ("FHA") who have been named as a party in the above-referenced matter:

1. Edward W. Morris, Jr., former FHA Associate Administrator for Civil Rights;
2. Brenda Armstead, FHA Equal Opportunity Specialist;
3. Arthur Armstead, FHA Eastern Resource Center, Civil Rights Team; and
4. Stanley Gee, FHA District Administrator.

Very truly yours,

Arpiar G. Saunders, Jr.
asaunders@shaheengordon.com

AGS/jdb
Enclosures
cc:  Duxbury Trucking, Inc. (w/o encl.)

F:\data\clients\duxbury Trucking Company, Inc\FHA 12-22-04.doc

107 Storrs Street / PO Box 2703 / Concord, NH 03302-2703  603.225.7262 / NH 800.281.4411 / Fax 603.225.5112 / concord@shaheengordon.com