# EXHIBIT B



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ 1.75 | |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.80 | |

Recipient's Name (Please Print Clearly) (To be completed by mailer)
**Federal Highway Administration**
Street, Apt. No.; or PO Box No.
400 Seventh Street, SW
City, State, ZIP+ 4
Washington, DC 20590

PS Form 3800, February 2000    See Reverse for Instructions


**UNITED STATES**
**POSTAL SERVICE**

JAN 2 4 2005

Date: 01/19/2005

JESSICA BELLEMORE
PO BOX 2703
CONCORD, NH 03302-2703

Dear JESSICA BELLEMORE:

The following is in response to your 01/19/2005 request for delivery information on your Certified item number 7000 0520 0020 0089 1334. The delivery record shows that this item was delivered on 12/27/2004 at 10:58 AM in WASHINGTON, DC 20590 to C HENSON. The scanned image of the recipient information is provided below.

**Delivery Section**

Signature of Recipient: _Henson_

Address of Recipient: _Henson DOT 20590_

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service