UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Duxbury Trucking, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Massachusetts Highway Department, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12118-NG |

**PLAINTIFF'S MOTION TO ENLARGE TIME FOR FILING OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS**

NOW COMES plaintiff, Duxbury Trucking, Inc., by and through its attorneys, Shaheen & Gordon, P.A., moving to enlarge time for filing opposition to Federal Defendants' Motion to Dismiss, and in support thereof state as follows:

1. On or about January 3, 2005, defendants Stanley Gee, Edward W. Morris, Jr., Brenda Armstead and Arthur Armstead filed a Motion to Dismiss in this matter.

2. Pursuant to LR 7.1(b)(2), plaintiff's Opposition is due no later than January 17, 2005.

3. Plaintiff's counsel, because of schedule and Court appearances, needs additional time to do the legal research necessary to respond to the Motion to Dismiss

4. Accordingly, plaintiff seeks leave to enlarge time to oppose this Motion until February 16, 2005.

5. In previous conversations with Assistant U.S. Attorney Damian W. Wilmot, Attorney Wilmot was amenable to enlarging the time for plaintiff to file its Opposition to this

1

specific Motion to Dismiss, plaintiff's counsel attempted to contact Assistant U.S. Attorney Wilmot on this date, but plaintiff's counsel was unable to speak with him and, therefore, unsuccessful in securing his assent to the relief sought herein.

6.      Due to the nature of this Motion, no memorandum of law is necessary.

WHEREFORE, plaintiff respectfully requests that this Honorable Court:

a.      Grant the within Motion thereby enlarging the time for plaintiff to file its opposition to the Federal Defendants' Motion to Dismiss until February 16, 2005; and

b.      Grant such further relief as this Court deems necessary and just.

Respectfully submitted,

Duxbury Trucking, Inc.
By Its Attorneys:
SHAHEEN & GORDON, P.A.

DATED: January 25, 2005

/s/ Arpiar G. Saunders, Jr._____
Arpiar G. Saunders, Jr.
Bar No. 442860
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
asaunders@shaheengordon.com