UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Duxbury Trucking, Inc., )
                        )
        Plaintiff,      )
                        )
    v.                  )   Civil Action No. 04-12118-NG
                        )
Massachusetts Highway Department, et al., )
                        )
        Defendants.     )

## AFFIDAVIT OF COMPLIANCE WITH FED. R. CIV. P. 4

1.      My name is Arpiar G. Saunders, Jr. I am an attorney licensed to practice law in the State of Massachusetts. I am counsel for the plaintiff in the above-referenced matter.

2.      I hereby certify that on December 22, 2004, a copy of the Summons and Complaint in this matter were sent by certified mail, return receipt requested, postage prepaid to the Attorney General for the United States. A copy of my letter of transmittal is attached as Exhibit A.

3.      The original Return Receipt from the United States Postal Service is also attached to this Affidavit as Exhibit B which reflects that service of process was effectuated upon the Attorney General for the United States on December 28, 2004. Accordingly, service was effected within 120 days after plaintiff filed the Complaint.

Dated at Concord, New Hampshire this ⎯11⎯ day of January, 2005.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Arpiar G. Saunders, Jr. B.B.O. #442860

F:\data\clients\duxbury Trucking Company, Ind\Affidavit of Service- Attorney General.doc

1

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Personally appeared before me this _11th_ day of January, 2005, Arpiar G. Saunders, Jr., known to me (or satisfactorily proven) and gave oath that the above statements are true and accurate to the best of his knowledge and belief.

_Jessica D. Biddlemore_
Notary Public/~~Justice of the Peace~~

# EXHIBIT A

# SHAHEEN & GORDON
PROFESSIONAL ASSOCIATION

Arpiar G. Saunders, Jr.
*Attorney at Law*

*Offices*
Concord, NH
Dover, NH
Portsmouth, NH
York, ME

December 22, 2004

John D. Ashcroft
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. N.W.
Room 4545
Washington, D.C. 20530-0001

<u>VIA CERTIFIED MAIL</u>

Re: <u>Duxbury Trucking, Inc. v. Massachusetts Highway Department, et al.</u>,
Case No. 04-cv-12118-NG

Dear Mr. Ashcroft:

Pursuant to Fed. R. Civ. P. 4(i)(1), enclosed please find a copy of the Summons and Complaint for each of the following employees of the Federal Highway Administration ("FHA") who have been named as a party in the above-referenced matter:

1. Edward W. Morris, Jr., former FHA Associate Administrator for Civil Rights;
2. Brenda Armstead, FHA Equal Opportunity Specialist;
3. Arthur Armstead, FHA Eastern Resource Center, Civil Rights Team; and
4. Stanley Gee, FHA District Administrator.

Very truly yours,

Arpiar G. Saunders, Jr.
asaunders@shaheengordon.com

AGS/jdb
Enclosures
cc: Duxbury Trucking, Inc. (w/o encl.)

F:\data\clients\duxbury Trucking Company, Inc\Ashcroft 12-22-04.doc

107 Storrs Street / PO Box 2703 / Concord, NH 03302-2703 / 603.225.7262 / NH 800.281.4411 / Fax 603.225.5112 / concord@shaheengordon.com

# EXHIBIT B