UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Duxbury Trucking, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Massachusetts Highway Department, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12118-NG |

### PLAINITIFF'S ASSENTED-TO MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT MASSACHUSETTS TURNPIKE AUTHORITY'S MOTION TO DISMISS

NOW COMES Plaintiff, Duxbury Trucking, Inc., and respectfully requests that this Court extend the deadline for Plaintiff to respond to Defendant Massachusetts Turnpike Authority's Motion to Dismiss to March 21, 2005. In support thereof, Plaintiff states the following:

1. Plaintiff, Duxbury Trucking, Inc., received Defendant's, Massachusetts Turnpike Authority, Motion to Dismiss on February 4, 2005.

2. Duxbury Trucking requested a 30-day extension of time or until March 21, 2005 to respond to Defendant's Motion from Defendant's counsel.

3. Defendant's counsel assented to the extension and agreed that Duxbury Trucking's response would be due to this Court on Monday, March 21, 2004.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

a) Grant Duxbury Trucking, Inc. an extension of 30 days or until March 21, 2005 to respond to Defendant's Motion to Dismiss; and

    b)    Grant any other relief that this Court deems just and proper.

        Respectfully submitted,

        Duxbury Trucking, Inc.
        By Its Attorneys:
        SHAHEEN & GORDON, P.A.

DATED: February 9, 2005    /s/ Arpiar G. Saunders, Jr._____
        Arpiar G. Saunders, Jr.
        Bar No. 442860
        107 Storrs Street
        P.O. Box 2703
        Concord, NH 03302-2703
        (603) 225-7262
        asaunders@shaheengordon.com