UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. No. 04-CV12118 NG

|  |  |
|---|---|
| DUXBURY TRUCKING INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| MASSACHUSETTS HIGHWAY DEPARTMENT; MASSACHUSETTS TURNPIKE AUTHORITY; EDWARD W. MORRIS, JR., FEDERAL HIGHWAY ADMINISTRATION, (FORMER) ASSOCIATE ADMINISTRATOR FOR CIVIL RIGHTS; BRENDA ARMSTEAD, FEDERAL HIGHWAY ADMINISTRATION, EQUAL OPPORTUNITY SPECIALIST; ARTHUR "GENE" ARMSTEAD, FEDERAL HIGHWAY ADMINISTRATION, EASTERN RESOURCE CENTER, CIVIL RIGHTS TEAM; STANLEY GEE, FEDERAL HIGHWAY ADMINISTRATION, DISTRICT ADMINISTRATOR, | ) |
| Defendants. | ) |

**DEFENDANT MASSACHUSETTS HIGHWAY DEPARTMENT'S MOTION TO DISMISS COUNTS I AND II OF PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND (6)**

Defendant Massachusetts Highway Department ("MHD") hereby moves to dismiss all claims against it pursuant to Fed. R. Civ. P. 12(b)(1) and (6) on the grounds that (1) Plaintiff Duxbury Trucking, Inc.'s ("Duxbury") claim under Title VI of the Civil Rights Act of 1964 (Count I) alleging sex discrimination by MHD fails to state a claim upon which relief can be

granted; (2) Count I is barred by the Eleventh Amendment; (3) Duxbury's Title VI claim is barred because Duxbury fails to allege sufficient facts to support a claim of intentional discrimination by MHD based on gender; (4) Duxbury's procedural due process claim under 42 U.S.C. § 1983 (Count II) is barred because MHD is not a "person" subject to suit under § 1983; and (5) Count II is also barred because Duxbury fails to allege facts sufficient to support a procedural due process claim under the Fourteenth Amendment.

        Respectfully Submitted,

        COMMONWEALTH OF MASSACHUSETTS,
        MASSACHUSETTS HIGHWAY DEPARTMENT

        By its Attorneys

        THOMAS F. REILLY
        ATTORNEY GENERAL

        <u>s/David B. Stanhill</u>
        David B. Stanhill, BBO#645187
        Assistant Attorney General
        Government Bureau/Trial Division
        One Ashburton Place, Rm. 1813
        Boston, MA 02114
        (617) 727-2200, ext. 3319

Dated: March 2, 2005

**CERTIFICATE OF SERVICE**

I, David B. Stanhill, Assistant Attorney General, hereby certify that I have this day, March 2, 2005, served the foregoing **document**, upon the Plaintiff, by mailing a true copy via First Class Mail to Arpiar G. Saunders, Jr., Esq., Shaheen & Gordon, P.A., 107 Storrs Street, Concord, NH 03302-2703, and to all other counsel of record.

    /s/David B.Stanhill
    David B. Stanhill
    Assistant Attorney General

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, David B. Stanhill, Assistant Attorney General, hereby certify that I have complied with the requirements of Local Rule 7.1(A)(2) by contacting the plaintiff's attorney, Arpiar G. Saunders, Jr., in an attempt to narrow the issues addressed by this motion.

    /s/David B.Stanhill
    David B. Stanhill
    Assistant Attorney General