UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Duxbury Trucking, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Massachusetts Highway Department, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-12118-NG |

**PLAINITIFF'S ASSENTED-TO MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT MASSACHUSETTS HIGHWAY DEPARTMENT'S MOTION TO DISMISS**

NOW COMES Plaintiff, Duxbury Trucking, Inc., and respectfully requests that this Court extend the deadline for Plaintiff to respond to Defendant Massachusetts Highway Department's Motion to Dismiss to April 18, 2005.  In support thereof, Plaintiff states the following:

1. Plaintiff, Duxbury Trucking, Inc., received Defendant Massachusetts Highway Department's Motion to Dismiss on March 3, 2005.

2. Duxbury Trucking requested a 30-day extension of time or until April 18, 2005 to respond to Defendant's Motion from Defendant's counsel.

3. Defendant's counsel assented to the extension and agreed that Duxbury Trucking's response would be due to this Court on Monday, April 18, 2005.

4. Due to the nature of this Motion, no memorandum of law is necessary.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

     a)     Grant Duxbury Trucking, Inc. an extension of 30 days or until April 18, 2005 to respond to Defendant's Motion to Dismiss; and

     b)     Grant any other relief that this Court deems just and proper.

Respectfully submitted,

Duxbury Trucking, Inc.
By Its Attorneys:
SHAHEEN & GORDON, P.A.

DATED:  March 3, 2005

/s/ Arpiar G. Saunders, Jr._____
Arpiar G. Saunders, Jr.
Bar No. 442860
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
asaunders@shaheengordon.com

G:\clients\Duxbury Trucking Company, Inc\Assented-To Motion to Extend Time to Respond to MHD's MTD.doc