

<<Back

# Highway Robbery: Part Eleven
## State Faces Lawsuit Over INDOT Practices

Feb 28, 2005, 3:58 PM



By Karen Hensel
Produced by Loni Smith McKown

(Indianapolis) - Indiana companies are getting away with highway robbery and I-Team 8 investigation shows you how the state and federal governments let it happen. We'll also explain why the Indiana Department of Transportation is being sued.

Fronts, once certified as legitimate companies, are tough to get out of the federal program. They're already down the road with state contracts in hand, riding the high life of highway robbery.



Harry Alford

Fronts are being approved to do business with Indiana, in part because there's a lack of accountability within the Indiana Department of Transportation.

I-Team 8 has found over and over, one state agency recommends no certification but then INDOT overrules and certifies them anyway.



It happened with Slussers Green Thumb. The certifier wrote, "Slussers is no longer eligible for the DBE program." It happened again with The Hoosier Company. The state certifier wrote, they "do not meet the requirements" to be women-owned or disadvantaged.

The Department of Administration recommended they not be certified, yet INDOT overruled and DOA Deputy Commissioner Ronalda Minnis had to sign off anyway even though it was her department that recommended no certification to begin with.



Companies are recertified every three years. In the three months before the election, I-Team 8 uncovered a push to certify as many companies as possible.

Governor Kernan even talked about certification at his January 13, 2004, state of the state address, saying, "We will assist women- and minority-owned businesses to get certified and gain access to capital."



The deputy commissioner of certification was fired in 2003 within days of Kernan taking office.

"I didn't do what people wanted me to do," said Elena Looper, a former deputy commissioner.

The governor hired long-time ally Ronalda Minnis. Her task was to get rid of the backlog of all the companies waiting to be

certified; certify more companies, faster. But at what cost?

"Did you have to personally look at each one that was certified before it got your approval?" I-Team 8 asked her. "No, I did not," she replied.

Meanwhile, companies passed recertification without the on-site visit required by state law.

"If we had done that, we would still be in backlog," said Minnis. "So that was one of the sacrifices of getting the process sped up?" I-Team 8 asked. Minnis replied yes.

It was a sacrifice and potentially a huge mistake.

"If a firm was erroneously certified, we cannot just arbitrarily kick them out of the program," said Minnis.

The door is now open for the possibility of a flood of fronts to do business with the state of Indiana. One man who led the fight against front companies in Indiana is still fighting the issue from in Washington, DC. Harry Alford flat out calls the Indiana Department of Transportation corrupt.

"Biggest thorn in my side. I could not stop the corruption in the construction industry - basically highway construction," said Alford.

Alford worked in the Minority Development Council under then-Governor Evan Bayh. He's now president of the National Black Chamber of Commerce.

"So INDOT knew these were fronts and shams and they let it happen?" I-Team 8 asked. "Oh, did they know!" replied Alford.

Prime contractors get federal dollars based on bids stating they hire minority, women or disadvantaged businesses. It's the law. But I-Team 8 learned there is little or no oversight to keep track of it.

The lack of accountability was a focus in a state study of INDOT: "The state does not have an efficient process in place...," said the report, written by Mason Tillman in the Utilization Study for Indiana. "The state needs to report...actual utilization of all prime contractors and subcontractors in order to assess the effectiveness of its programs. ...reports should include payment data."

Indiana's highway dollars are big business, sometimes at a big cost. Alford felt the push when he pushed for contractors to play by the rules. "It's big stuff. I don't know how many death threats I got when I was in Indiana, Indianapolis. When my boy started telling me about being followed coming from school, I told my wife we need to get out of here," said Alford.

Alford confirms to I-Team 8 it was contractors at one point who threatened him. Alford has filed a Title Six lawsuit against 34 states, including Indiana. He says these fronts expose ongoing discrimination in the DBE program, which INDOT and the Federal Highway Administration are required to monitor.

If he wins the lawsuit, Indiana could lose nearly three-quarters of a billion dollars a year in federal highway funds.

Since Monday night, I-Team 8 has heard from people who say they know of front companies and want to know what to do about it. Report it to the Inspector General of Indiana or USDOT.

**Here's what our I-Team investigation has found so far:**

Indiana certifies ineligible companies as disadvantaged business enterprises.

Once they're certified, it's hard to decertify them.

The state doesn't use software that could detect bid-rigging and collusion even though INDOT's practices make it easier for companies to cheat.

Our analysis of spending shows relatively few firms are getting most of the money and outsourcing of design work costs the state more money.

Redesign problems at two projects: US 421/Michigan Road and the eastside I-465/I-70 interchange showed a lack of state oversight and accountability.

Back to Highway Robbery Main Page

**GO HIGH SPEED!**

WorldNow

All content © Copyright 2000 - 2005 WorldNow and WISH-TV. All Rights Reserved.
For more information on this site, please read our Privacy Policy and Terms of Service.