# CHART D.

# LISTING OF ALL HAZARDOUS MATERIALS HAULING CONTRACTS

## (BEFORE 1997 AGREEMENT)

| #<br>CONTRACT | TOTAL # OF<br>TRUCK DRIVERS | TOTAL #<br>TRUCKING HOURS | TOTAL # UNPAID<br>TRUCKER BENEFITS |
|---|---|---|---|
| CO9B1 | - | 34,000 | - |
| CO9C1 (WBE) | 2 | 18,000 | 2 |
| C17A1 (WBE) | - | 15,300 * | - |
| C19B7 | 2 | 500 | 2 |
| C19B8 | - | 7,000 | - |
| C21A2 | 1 | 4,780* | 0 |
| KNOWN HAZARD DRIVERS | 5 | 79,500 | 4 |

Representation of Hazardous Material          **6.3%**
    to Trucking Contracts
( Total Trucking Hours = 1,257,820 )

WBE =  Women Business Enterprise as Direct Sub-Contractor

NOTE : Hazardous Materials Truck Drivers were not covered
      by Massachusetts Prevailing Rate Law.

* = The evaluation of Contract C17A1 determined that 84.7% of
    the Hauling was of A, B, C Materials.  Therefore  84,780 of
    the 100,000 hours was credited to A, B, C Hauling.

# CHART E.

# LISTING OF ALL COMBINATION HAZARDOUS/A, B, C MATERIAL HAULING CONTRACTS

# (BEFORE 1997 AGREEMENT)

| #<br>CONTRACT | TOTAL # OF<br>TRUCK DRIVERS | TOTAL #<br>TRUCKING HOURS | TOTAL # UNPAID<br>TRUCKER BENEFITS |
|---|---|---|---|
| CO9A8 (WBE)(H/T) | 9 | * | 9 |
| C17A9 (WBE) (H/T) | 14 | * | 14 |
| | --------- | ----------- | --------- |
| | 23 | * | 23  (100.0%) |

Representation of Hazardous and A, B,          **0.0%**
 C Hauling To Total CA/T Trucking
        Contracts

* =  The review of Contract C09A8 (23,000 hours) and C17A9 (100,000 hours)
      discovered that very limited to no Hazardous Hauling during period of
      evaluation.  Therefore these 123,000 Total Hours and 23 Headcount was
      transferred to A, B and C Hauling.

WBE =  Women Business Enterprise as Direct Sub-Contractor

H/T  =  Contract is for Trucking of both Hazardous and
         A, B, C Materials

NOTE : Hazardous Materials Truck Drivers were not covered by Massachusetts
          Prevailing Rate Law.

# CHART F.

## ALL A, B, C MATERIAL HAULING CONTRACTS

## (BEFORE 1997 AGREEMENT)

| #<br>CONTRACT | TOTAL # OF<br>TRUCK DRIVERS | TOTAL #<br>TRUCKING HOURS | TOTAL # UNPAID<br>TRUCKER BENEFITS |
|---|---|---|---|
| CO1A2 (W) | 2 | 1,000 | 2 |
| CO1A3 (M, W) | 11 | 107,500 | 6 |
| CO4A1 (W) | - | 2,560* | - |
| CO5A1 (W/M) | - | 44,830* | - |
| CO7D2 (M,W) | 24 | 29,000* | 24 |
| CO9A4 (W) | 9 | 143,000 | 5 |
| CO9A7 (M) | 5 | 70,000 | 0 |
| C09A8 (W) | 9 | 23,000 | 9 |
| CO9B3 (W) | 101 | 25,000 | 96 |
| C11A1 (W,M) | 27 | 210,500 | 18 |
| C12A3 (M) | 12 | 45,000 | 10 |
| C14A1 (M) | - | 5,890* | - |
| C14C1 (M) | 5 | 16,000 | 5 |
| C14C4 (W, M, D) | 2 | 1,140 | 2 |

Page 1 of 2

# CHART F.
**(continued)**

# ALL A, B, C MATERIALS HAULING CONTRACTS

# (BEFORE 1997 AGREEMENT)

| #<br>CONTRACT | TOTAL # OF<br>TRUCK DRIVERS | TOTAL #<br>TRUCKING HOURS | TOTAL # UNPAID<br>TRUCKER BENEFITS |
|---|---|---|---|
| C15A1 (M, D) | - | 178,000 | - |
| C15A3 (M) | - | 41,390 | - |
| C17A1 (W) | - | 84,780 | - |
| C17A2 | 13 | 36,000 | 13 |
| C17A3(M, W) | 2 | 7,940 | 1 |
| C17A9 | 14 | 100,000 | 14 |
| C19D7 | - | 3,000 | - |
| C21AB | - | 2,790 | - |
| | 236 | 1,178,320 | 205 (86.9%) |

\* =  The evaluation of the Contract determined estimated Contact Hours

Representation of A, B, C  Materials        **93.7 %**
      to Trucking Contracts
  (Total Trucking Hours = 1,257,820)

# CHART G.

## ALL TRUCKING CONTRACTS BY CONTRACTOR STATUS
## AND
## QUALIFIED TRUCK DRIVER BENEFIT COVERAGE

### (BEFORE 1997 "UP LIFT FUND" PROGRAM )

| # CONTRACT | TOTAL DRIVERS | EMPLOYEES (BENEFITS PROVIDED) | | |
| --- | --- | --- | --- | --- |
| | | PRIME | LARGE SUBS. | DBE/WBE AREA |
| CO1A2 | 2 | 0 (0) | 1 (0) | 1 (O) |
| CO1A3 | 11 | 0 (0) | 4 (4) | 7 (1) |
| CO4A1 | - | 0 | - | - |
| CO5A1 | - | 0 | - | - |
| CO7D2 | 24 | 0 (0) | 18 (0) | 6 (0) |
| CO9A4 | 9 | 0 (0) | 4 (4)* | 5 (0) |
| CO9A7 | 5* | 5 (5)* | 0 (0) | 0 (0) |
| CO9A8 | 9 | 0 (0) | 1 (0) | 8 (0) |
| CO9B1 | - | - | - | - |
| CO9B3 | 101 | 0 (0) | 6 (1) | 95 (4) |
| CO9C1 | 2 | 0 (0) | 0 (0) | 2 (0) |
| C11A1 | 27 | 0 (0) | 8 (8) | 19 (1) |
| C12A3 | 12 | 1 (1)* | 9 (1) | 2 (0) |
| C14A1 | - | 0 | - | - |

PAGE 1 OF 2

# CHART G.
(continued)

## ALL TRUCKING CONTRACTS BY CONTRACTOR STATUS
## AND
## QUALIFIED TRUCK DRIVER BENEFIT COVERAGE

### (BEFORE 1997 "UP LIFT FUND" PROGRAM )

| # CONTRACT | TOTAL DRIVERS | EMPLOYEES (BENEFITS PROVIDED) | | |
| --- | --- | --- | --- | --- |
| | | PRIME | LARGE SUBS. | DBE/WBE AREA |
| C14C1 | 5 | 0 (0) | 1 (0) | 4 (0) |
| C14C4 | 2 | 0 (0) | 2 (0) | 0 (0) |
| C15A1 | - | - | - | - |
| C15A3 | - | 0 | - | - |
| C17A1 | - | - | - | - |
| C17A2 | 13 | 0 (0) | 1 (0) | 12 (0) |
| C17A3 | 2 | 0 (0) | 2 (1) | 0 (0) |
| C17A9 | 14 | 0 (0) | 0 (0) | 14 (0) |
| C19B7 | 5 | 0 (0) | 5 (3) | 0 (0) |
| C19B8 | - | - | - | - |
| C19D7 | - | - | - | - |
| C21A2 | 1* | 0 (0) | 1 (1)* | 0 (0) |
| C21AB | - | 0 | - | - |
| Total Reported Truck Drivers | 244 | 6 (6) | 63 (23) | 175 (6) |

\* = 100.0% BENEFIT COVERAGE FOR GROUP

# CHART H.

## HAULING CLASSIFICATIONS BY CONTRACTOR STATUS
## AND
## TRUCK DRIVER GROUPINGS

### (BEFORE 1997 AGREEMENT)

| CONTRACT CLASS | TOTAL DRIVERS | EMPLOYEES PRIME | (BENEFITS) LARGE SUBS | (OWNER/OP CLASS) DBE/WBE AREA |
|---|---|---|---|---|
| HAZARDOUS MATERIAL HAULING | 5 | 0 (0) | 5 (3)(1) | 0 (0)(0) |
| A, B AND C MATERIAL HAULING | 239 | 6 (6) | 58 (20)(8) | 175 (6)(49) |
| REPORTED DRIVERS | 244 | 6 (6) | 63 (23)(9) | 175 (6)(49) |
| UNREPORTED DRIVERS | 117 | 4 (0) | 33 (0)(0) | 79 (0)(0) |
| TOTAL KNOW | 361 | 10 (6)(0) | 99 (23)(9) | 254 (6)(49) |

# CHART I.

## ALL CONTRACTED TRUCKING HOURS
## AND
## GROUPINGS OF UNPAID TRUCK DRIVER BENEFITS

| DRIVER GROUPINGS | TOTAL # OF TRUCK DRIVERS | TOTAL # UNPAID TRUCKER BENEFITS |
|---|---|---|
| ACKNOWLEDGED AS "QUALIFIED" FOR BENEFITS | 244 | 209 ( 85.7%) |
| RECOGNIZED AS "NON-QUALIFIED" FOR BENEFITS | 117 | 117 (100.0%) |
| | 361 | 326 **(90.3%)** |

Note:  **"Qualified"** means that these were A, B and C Material Hauling Truck Drivers, were projected to have the Hours to fully qualify to receive Union Benefits.

"**Non-Qualified**" means that these A, B and C Material Hauling Truck Drivers, were not projected to have the Hours to qualify to receive Union Benefits.

## CHART J.

## LISTING BY CONTRACTOR STATUS OF ALL KNOWN TRUCK DRIVER BENEFIT GROUPS

| DRIVER'S BENEFIT GROUP | TOTAL DRIVERS | PRIME | LARGE SUBS. | SM. COMPANIES (DBE/WBE AREA) |
|---|---|---|---|---|
| "QUALIFIED" | 244 | 6 (2.5%) | 63 (26.2%) | 175 (71.7%) |
| "NON-QUALIFIED" | 117 | 4 (3.4%) | 34 (29.1%) | 79 (67.5%) |
| TOTAL KNOWN DRIVERS | 361 | 10 (2.8%) | 97 (26.9%) | 254 (70.4%) |
| | | | | |
| TOTAL DRIVERS WITH PAID BENEFITS | 35 | 6 (17.1%) | 23 (65.7%) | 6 (17.1%) |
| TOTAL DRIVERS WITHOUT BENEFITS | 326 | 4 (1.2%) | 74 (22.7%) | 248 (76.1%) |
| TOTAL KNOWN DRIVERS | 361 | 10 (2.8%) | 97 (26.9%) | 254 (70.4%) |

Note: **"Qualified"** means that these were A, B and C Material Hauling Truck Drivers, were projected to have the Hours to fully qualify to receive Union Benefits.

**"Non-Qualified"** means that these A, B and C Material Hauling Truck Drivers, were not projected to have the Hours to qualify to receive Union Benefits.

# CHART K.

## TRUCK DRIVER ELIGIBLITIY RANKING
## BY CONTRACTOR STATUS

| DRIVER'S BENEFIT GROUP | TOTAL DRIVERS | PRIME | LARGE SUBS. | SM. COMPANIES (DBE/WBE AREA) |
|---|---|---|---|---|
| "QUALIFIED" GROUP WITH PAID BENEFITS | 35 | 6 (17.1%) | 23 (65.7%) | 6 (17.1%) |
| "QUALIFIED" GROUP WITHOUT BENEFITS | 209 | 0 (0.0%) | 40 (19.1%) | 169 (80.9%) |
| "NONQUALIFIED" WITHOUT BENEFITS | 117 | 4 (3.4%) | 33 (28.2%) | 79 (67.5%) |
| DRIVER WITHOUT REQUIRED BENEFIT PAYMENTS | 326 | 4 (1.2%) | 73 (22.4%) | 248 (76.1%) |
| TOTAL KNOWN DRIVERS | 361 | 10 (2.8%) | 96 (26.6%) | 254 (70.4%) |

Note: "**Qualified**" means that these were A, B and C Material Hauling Truck Drivers, were projected to have the Hours to fully qualify to receive Union Benefits.

"**Non-Qualified**" means that these A, B and C Material Hauling Truck Drivers, were not projected to have the Hours to qualify to receive Union Benefits.

# CHART L.

# TRUCK DRIVER WITHIN GROUP REPRESENTATION BY CONTRACTOR STATUS

| DRIVER'S BENEFIT GROUP | TOTAL DRIVERS | PRIME | LARGE SUBS. | SM. COMPANIES (DBE/WBE AREA) |
|---|---|---|---|---|
| "QUALIFIED" GROUP WITH PAID BENEFITS | 35 | 6 of 6 **100%** | 23 of 63 **36.5%** | 6 of 175 **3.4%** |
| "QUALIFIED" GROUP WITHOUT BENEFITS | 209 | 0 of 6 **0%** | 40 of 63 **63.5%** | 169 of 175 **96.6%** |
| TOTAL DRIVERS WITHOUT REQUIRED REQUIRED BENEFITS | 326 | 4 of 10 **40.0%** | 74 of 97 **76.2%** | 248 of 254 **97.6%** |

Note: **"Qualified"** means that these were A, B and C Material Hauling Truck Drivers, were projected to have the Hours to fully qualify to receive Union Benefits.

**"Non-Qualified"** means that these A, B and C Material Hauling Truck Drivers, were not projected to have the Hours to qualify to receive Union Benefits.

# CHART M.

# MISSING CONTRATOR INFORMATION

## (BEFORE 1997 AGREEMENT)

### 1. MODERN CONTINENTIAL :

| # CONTRACT | TOTAL # OF TRUCK DRIVERS | TOTAL # TRUCKING HOURS | TOTAL # UNPAID TRUCKER BENEFITS |
|---|---|---|---|
| CO4A1 | - | 2,560 | - |
| C09B1 Hazard (WBE SUB.) | - | 34,000 | - |
| C17A1 Hazard (WBE SUB.) | - | 100,000 | - |
| | | ------------ | |
| | | 136,560 | |

### 1.    J.F. WHITE :

| # CONTRACT | TOTAL # OF TRUCK DRIVERS | TOTAL # TRUCKING HOURS | TOTAL # UNPAID TRUCKER BENEFITS |
|---|---|---|---|
| C14A1 | - | 5,890 | - |
| C15A1 | - | 178,000 | - |
| C19B8 Hazard | - | 7,000 | - |
| | | -------------- | |
| | | 185,000 | |

PAGE 1  OF  3

91

# CHART M.
### (continued)

## MISSING CONTRATOR INFORMATION

## (BEFORE 1997 AGREEMENT)

### 2.  O'CONNELL :

| #<br>CONTRACT | TOTAL # OF<br>TRUCK DRIVERS | TOTAL #<br>TRUCKING HOURS | TOTAL # UNPAID<br>TRUCKER BENEFITS |
|---|---|---|---|
| C19D3 | - | 3,000 | - |

### 4. MORRISON KNUDSEN/INTERBETON/WHITE:

| #<br>CONTRACT | TOTAL # OF<br>TRUCK DRIVERS | TOTAL #<br>TRUCKING HOURS | TOTAL # UNPAID<br>TRUCKER BENEFITS |
|---|---|---|---|
| C05A1 | - | 44,826 | - |

### 5. WALSH/O'CONNELL'S SONS :

| #<br>CONTRACT | TOTAL # OF<br>TRUCK DRIVERS | TOTAL #<br>TRUCKING HOURS | TOTAL # UNPAID<br>TRUCKER BENEFITS |
|---|---|---|---|
| C15A3 | - | 41,381 | - |

PAGE 2  OF  3

# CHART  M.
**(continued)**

## MISSING CONTRATOR INFORMATION

### (BEFORE 1997 AGREEMENT)

### 6. MIDDLESEX CORP. & AFFILIATES :

| #<br>CONTRACT | TOTAL # OF<br>TRUCK DRIVERS | TOTAL #<br>TRUCKING HOURS | TOTAL # UNPAID<br>TRUCKER BENEFITS |
|---|---|---|---|
| **C21AB** | - | **2,786** | - |

### 7. UNKNOWN TRUCKING CONTRACTORS :

| #<br>CONTRACT | TOTAL # OF<br>TRUCK DRIVERS | TOTAL #<br>TRUCKING HOURS | TOTAL # UNPAID<br>TRUCKER BENEFITS |
|---|---|---|---|
| C17A3 | 2 | - | 1 |
| C21A2<br>(Hazard) | 1<br>----------<br>3 | - | 0<br>----------<br>1 |

- = Information not available in reviewed CA/T Project Files.

PAGE 3  OF  3

93

# CHART N

## "OWNER/OPERATOR" AND BENEFITS

| OWNER OPERATORS | TOTAL DRIVERS | PRIME | LARGE SUBS. | SM. COMPANIES (WBE/DBE AREA) |
|---|---|---|---|---|
| TOTAL | 58 | 0 (0.0%) | 9 (15.5%) | 49 (84.5%) |
| WITH BENEFITS | 1 | 0 | 1 (100.0%) | 0 |
| WITHOUT BENEFITS | 57 | 0 | 8 (14.0%) | 47 ( 82.5%) |

# CHART O

## "OWNER/OPERATOR" REPRESENTATION

| GROUPS | TOTAL DRIVERS | PRIME | LARGE SUBS. | SM. COMPANIES (WBE/DBE AREA) |
|---|---|---|---|---|
| OWNER/OPERATOR | 58 | 0 (0.0%) | 9 (15.5%) | 49 (84.5%) |
| EMPLOYEEDRIVERS | 303 | 10 (3.3%) | 88 (29.0%) | 205 (67.7%) |
| TOTAL TRUCKERS | 361 | 10 (2.8%) | 97 (26.9%) | 254 (70.4%) |
| | | | | |
| OWNER/OPERATOR REPRESENTATION | 58 of 361 16.1% | 0 of 10 0 % | 9 of 97 9.3% | 49 of 254 19.3% |
| TOTAL EMPLOYEE DRIVERS | 303 of 361 83.9% | 10 of 10 100% | 88 of 97 90.7% | 205 of 254 80.7% |
| | | | | |
| REFUSAL OF BENEFITS BASED ON OWNER/OPERATOR CLASSIFICATION | 209 | 0 0% | 40 19.1% | 169 **80.9%** |

95

# CHART P.

## ALL TRUCKING CONTRACTS
## AND
## "OWNER/OPERATORS"

### (BEFORE 1997 "UP LIFT FUND" PROGRAM )

| #<br>CONTRACT | TOTAL<br>DRIVERS | ( OWNER/OPERATORS ) | | |
|---|---|---|---|---|
| | | PRIME | LARGE<br>SUBS. | WBE/DBE AREA |
| CO1A2 | 2 | 0 (0) | 1 (1) | 1 (1) |
| CO1A3 | 11 | 0 (0) | 4 (1) | 7 (3) |
| CO4A1 | - | 0 | - | - |
| CO5A1 | - | 0 | - | - |
| CO7D2 | 24 | 0 (0) | 18 (1) | 6 (1) |
| CO9A4 | 9 | 0 (0) | 4 (0) | 5 (0) |
| CO9A7 | 5 | 5 (0) | 0 (0) | 0 (0) |
| CO9A8 | 9 | 0 (0) | 1 (0) | 8 (1) |
| CO9B1 | - | - | - | - |
| CO9B3 | 101 | 0 (0) | 6 (0) | 95 (36) |
| CO9C1 | 2 | 0 (0) | 0 (0) | 2 (0) |
| C11A1 | 27 | 0 (0) | 8 (0) | 19 (4) |
| C12A3 | 12 | 1 (0) | 9 (0) | 2 (0) |
| C14A1 | - | 0 | - | - |
| C14C1 | 5 | 0 (0) | 1 (1) | 4 (1) |

PAGE 1 OF 2

96

# CHART P.
### (continued)
## ALL TRUCKING CONTRACTS
## AND
## "OWNER/OPERATORS"

### (BEFORE 1997 "UP LIFT FUND" PROGRAM )

| # CONTRACT | TOTAL DRIVERS | ( OWNER/OPERATORS ) | | |
| --- | --- | --- | --- | --- |
| | | PRIME | LARGE SUBS. | WBE/DBE AREA |
| C14C4 | 2 | 0 (0) | 2 (2) | 0 (0) |
| C15A1 | - | - | - | - |
| C15A3 | - | 0 | - | - |
| C17A1 | - | - | - | - |
| C17A2 | 13 | 0 (0) | 1 (1) | 12 (0) |
| C17A3 | 2 | 0 (0) | 2 (1) | 0 (0) |
| C17A9 | 14 | 0 (0) | 0 (0) | 14 (2) |
| C19B7 | 5 | 0 (0) | 5 (1) | 0 (0) |
| C19B8 | - | - | - | - |
| C19D7 | - | - | - | - |
| C21A2 | 1 | 0 (0) | 1 (1) | 0 (0) |
| C21AB | - | 0 | - | - |
| Total Reported Truck Drivers | 244 | 6 (0) | 63 (9) | 175 (49) |

Page 2 of 2

# CHART Q.

## "OWNER/OPERATORS"
## AND
## BENEFIT COVERAGE BY CONTRACTOR STATUS

### (BEFORE 1997 "UP LIFT FUND" PROGRAM )

| # CONTRACT | TOTAL DRIVERS | EMPLOYEES (BENEFITS) | | (OWNER/OP CLASS) |
|---|---|---|---|---|
| | | PRIME | LARGE SUBS. | WBE/DBE AREA |
| CO1A2 | 2 | 0 (0) | 1 (0)(1) | 1 (O)(1) |
| CO1A3 | 11 | 0 (0) | 4 (4)(1)* | 7 (1)(3) |
| CO4A1 | - | 0 | - | - |
| CO5A1 | - | 0 | - | - |
| CO7D2 | 24 | 0 (0) | 18 (0)(1) | 6 (0)(1) |
| CO9A4 | 9 | 0 (0) | 4 (4)(0) | 5 (0)(0) |
| CO9A7 | 5 | 5 (5) | 0 (0)(0) | 0 (0)(0) |
| CO9A8 | 9 | 0 (0) | 1 (0)(0) | 8 (0)(1) |
| CO9B1 | - | - | - | - |
| CO9B3 | 101 | 0 (0) | 6 (1)(0) | 95 (4)(36) |
| CO9C1 | 2 | 0 (0) | 0 (0)(0) | 2 (0)(0) |
| C11A1 | 27 | 0 (0) | 8 (8)(0) | 19 (1)(4) |
| C12A3 | 12 | 1 (1) | 9 (1)(0) | 2 (0)(0) |
| C14A1 | - | 0 | - | - |
| C14C1 | 5 | 0 (0) | 1 (0)(1) | 4 (0)(1) |

Page 1 of 2

# CHART Q.
**(continued)**

## "OWNER/OPERATORS"
## AND
## BENEFIT COVERAGE BY CONTRACTOR STATUS
**(BEFORE 1997 "UP LIFT FUND" PROGRAM )**

| # CONTRACT | TOTAL DRIVERS | EMPLOYEES (BENEFITS) | (OWNER/OP CLASS) | |
|---|---|---|---|---|
| | | PRIME | LARGE SUBS. | WBE/DBE AREA |
| C14C4 | 2 | 0 (0) | 2 (0)(2) | 0 (0)(0) |
| C15A1 | - | - | - | - |
| C15A3 | - | 0 | - | - |
| C17A1 | - | - | - | - |
| C17A2 | 13 | 0 (0) | 1 (0)(1) | 12 (0)(0) |
| C17A3 | 2 | 0 (0) | 2 (1)(1) | 0 (0)(0) |
| C17A9 | 14 | 0 (0) | 0 (0)(0) | 14 (0)(2) |
| C19B7 | 5 | 0 (0) | 5 (3)(1) | 0 (0)(0) |
| C19B8 | - | - | - | - |
| C19D7 | - | - | - | - |
| C21A2 | 1 | 0 (0) | 1 (1)(0) | 0 (0)(0) |
| C21AB | - | 0 | - | - |
| Total Reported Truck Drivers | 244 | 6 (6) | 63 (23)(9) | 175 (6)(49) |

\* = OWNER/OPERATOR WITH BENEFIT COVERAGE

Page 2 of 2

# CHART R.

## "ACKNOWLEDGED" TRUCK DRIVERS WITH BENEFITS BY CONTRACTOR STATUS

| AREA OF ANALYSIS | TOTAL DRIVERS | PRIME | LARGE SUBS. | SM. COMPANIES WBE/DBE AREA |
|---|---|---|---|---|
| "QUALIFIED" PRIME CONTRACTOR DRIVERS WITH BENEFITS | 6 | 6 (100.0%) | 0 (0.0%) | 0 (0.0%) |
| "QUALIFIED" NON-PRIME TRUCK DRIVERS WITH PAID BENEFITS | 29 | 0 (0%) | 23 (79.3%) | 6 (20.7%) |
| "QUALIFIED" DRIVERS WITH PAID BENEFITS | 35 | 6 (17.1%) | 23 (65.7%) | 6 (17.1%) |
| "QUALIFIED" WITH PAID BENEFITS INTRA-GROUP REPRESENTATION | 35 | 6 of 6 **100%** | 23 of 63 **36.5%** | 6 of 175 **3.4%** |
| "QUALIFIED" GROUP WITHOUT BENEFITS | 209 | 0 of 6 **0%** | 40 of 63 **63.5%** | 169 of 175 **96.6%** |
| TOTAL DRIVERS WITHOUT REQUIRED REQUIRED BENEFITS | 326 | 4 of 10 **40.0%** | 74 of 97 **76.2%** | 248 of 254 **97.6%** |

# CHART S.

## "ACKNOWLEDGED" TRUCK DRIVERS WITHOUT BENEFITS BY CONTRACTOR STATUS

| AREA OF ANALYSIS | TOTAL DRIVERS | PRIME | LARGE SUBS. | SM. COMPANIES WBE/DBE AREA |
|---|---|---|---|---|
| "QUALIFIED" DRIVERS WITHOUT PAID BENEFITS | 209 | 0 (0.0%) | 40 (19.1%) | 169 (80.9%) |
| "NON-QUALIFIED" WITHOUT REQUIRED PAID BENEFITS | 117 | 4 (3.4%) | 34 (29.1%) | 79 (67.5%) |
| TOTAL DRIVERS WITHOUT REQUIRED PAID BENEFITS | 326 | 4 (1.2%) | 74 (28.2%) | 248 (68.8%) |
| TOTAL DRIVERS WITHOUT BENFITS INTRA-GROUP REPRESENTATION | 326 | 4 of 10 **40.0%** | 74 of 97 **76.2%** | 248 of 254 **97.6%** |

# CHART T.

# A, B, C HAULING CONTRATOR ESTIMATED DAMAGES BY CONTRACT

| PRIME CONTRACTOR | CONTRACT # | TOTAL HOURS | WAGE H/W PENSION | |
|---|---|---|---|---|
| Modern Continental | CO1A2 | 1,000 | WAGE<br>H / W<br>PENSION | $ 10,580.00<br>4,966.00<br>3,781.00<br>$ 19,327.00 |
| Kiewit/Atkinson/<br>Cashman | CO1A3 | 107,500 | WAGE<br>H / W<br>PENSION | $ 1,137,350.00<br>533,845.00<br>406,458.00<br>$ 2,077,653.00 |
| Modern Continental | CO4A1 | 2,560* | WAGE<br>H / W<br>PENSION | $ 27,085.00<br>12,713.00<br>9,679.00<br>$ 49,477.00 |
| Morrison Krudsen<br>Interbeton/White | CO5A1 | 44,830* | WAGE<br>H / W<br>PENSION | $ 474,301.00<br>222,625.00<br>169,502.00<br>$ 866,428.00 |
| M. De Matteo/Flatiron | CO7D2 | 29,000* | WAGE<br>H / W<br>PENSION | $ 306,820.00<br>144,014.00<br>109,649.00<br>$ 560,483.00 |

Page 1 of 5

102

# CHART T.
**(continued)**

## A, B, C HAULING CONTRATOR ESTIMATED DAMAGES BY CONTRACT

| PRIME CONTRACTOR | CONTRACT # | TOTAL HOURS | WAGE H/W PENSION | |
|---|---|---|---|---|
| Slattery/Interb/White/ Perini | CO9A4 | 143,000 | WAGE<br>H / W<br>PENSION | $ 1,512,940.00<br>710,138.00<br>540,683.00<br>$ 2,763,761.00 |
| Cashman/Perini/Kiewit/ Atkinson | C09A7 | 70,000 | WAGE<br>H / W<br>PENSION | $ 740,600.00<br>347,620.00<br>264,670.00<br>$ 1,352,890.00 |
| Kiewit/Jay Cashman | C09A8 | 23,000 | WAGE<br>H / W<br>PENSION | $ 243,340.00<br>114,218.00<br>86,963.00<br>$ 444,521.00 |
| Modern Continental | C09B3 | 25,000 | WAGE<br>H / W<br>PENSION | $ 264,500.00<br>124,150.00<br>94,525.00<br>$ 483,175.00 |
| Perini/Kiewit/Cashman | C11A1 | 210,500 | WAGE<br>H / W<br>PENSION | $ 2,227,090.00<br>1,045,343.00<br>795,901.00<br>$ 4,068,334.00 |

Page 2 of 5

103

# CHART T.
**(continued)**

# A, B, C HAULING CONTRATOR ESTIMATED DAMAGES BY CONTRACT

| PRIME CONTRACTOR | CONTRACT # | TOTAL HOURS | WAGE H/W PENSION | |
|---|---|---|---|---|
| JF White/Slattery/ Interbeton | C12A3 | 45,000 | WAGE<br>H / W<br>PENSION | $ 476,100.00<br>223,470.00<br>170,145.00<br>$ 869,715.00 |
| JF White Corportation | C14A1 | 5,890* | WAGE<br>H / W<br>PENSION | $  62,316.00<br>29,250.00<br>22,270.00<br>$ 113,836.00 |
| Perine Corporation | C14C1 | 16,000 | WAGE<br>H / W<br>PENSION | $ 169,280.00<br>79,456.00<br>60,496.00<br>$ 309,232.00 |
| McCourt Construction | C14C4 | 1,140 | WAGE<br>H / W<br>PENSION | $   12,061.00<br>5,661.00<br>4,310.00<br>$   22,032.00 |
| JF White/Slattery/ Perine | C15A1 | 178,000 | WAGE<br>H / W<br>PENSION | $ 1,883,240.00<br>883,948.00<br>673,018.00<br>$ 3,440,208.00 |

Page 3 of 5

# CHART T.
## (continued)

# A, B, C HAULING CONTRATOR ESTIMATED DAMAGES
## BY CONTRACT

| PRIME CONTRACTOR | CONTRACT # | TOTAL HOURS | WAGE H/W PENSION | |
|---|---|---|---|---|
| Walsh/O'Connell's Sons | C15A3 | 41,390 | WAGE<br>H / W<br>PENSION | $ 437,906.00<br>205,543.00<br>156,496.00<br>$ 799,945.00 |
| Modern Continental | C17A1 | 84,780 | WAGE<br>H / W<br>PENSION | $ 896,972.00<br>421,017.00<br>320,553.00<br>$ 1,638,542.00 |
| Modern Continental/ Obayashi | C17A2 | 36,000 | WAGE<br>H / W<br>PENSION | $ 380,880.00<br>178,776.00<br>136,116.00<br>$ 695,577.00 |
| Walsh Construction Co. | C17A3 | 7,940 | WAGE<br>H / W<br>PENSION | $ 84,005.00<br>39,430.00<br>30,021.00<br>$ 153,456.00 |
| Modern Continental/ Obayashi | C17A9 | 100,000 | WAGE<br>H / W<br>PENSION | $ 1,058,000.00<br>496,600.00<br>378,100.00<br>$ 1,932,700.00 |

Page 4 of 5

# CHART T.
**(continued)**

## A, B, C HAULING CONTRATOR ESTIMATED DAMAGES
## BY CONTRACT

| PRIME CONTRACTOR | CONTRACT # | TOTAL HOURS | WAGE H/W PENSION | | |
|---|---|---|---|---|---|
| - | C19D7 | 3,000 | WAGE | $ | 31,740.00 |
| | | | H / W | | 14,898.00 |
| | | | PENSION | | 11,343.00 |
| | | | | $ | 57,981.00 |
| Middlesex Corp. & Affiliates | C21AB | 2,790 | WAGE | $ | 29,518.00 |
| | | | H / W | | 13,855.00 |
| | | | PENSION | | 10,549.00 |
| | | | | $ | 53,922.00 |
| TOTALS | | 1,178,320 | WAGE | $ | 12,466,625.00 |
| | | | H / W | | 5,851,537.00 |
| | | | PENSION | | 4,455,228.00 |
| | | | | $ | 22,773,390.00 |

Page 5 of 5

106

# CHART U.

## A, B, C PRIME CONTRATOR GROUPED ESTIMATED DAMAGES

| PRIME CONTRACTOR | CONTRACTS | TOTAL HOURS | WAGE H/W PENSION |
|---|---|---|---|
| Slattery/Interbeton White/Perini Group | CO9A4 | 143,000 | WAGE  $ 6,235,746.00 |
| | C11A1 | 210,500 | H / W     2,971,605.00 |
| | C12A3 | 45,000 | PENSION 2,262,513.00 |
| | C14A1 | 5,890 | $ 11,469,864.00 |
| | C14C1 | 16,000 | |
| | C15A1 | 178,000 | |
| | | 598,390 | |
| Modern Continental/ Obayashi Group | CO1A2 | 1,000 | WAGE  $ 2,638,017.00 |
| | CO4A1 | 2,560 | H / W     1,238,222.00 |
| | CO9B3 | 25,000 | PENSION    942,755.00 |
| | C17A1 | 84,780 | $ 4,818,994.00 |
| | C17A2 | 36,000 | |
| | C17A9 | 100,000 | |
| | | 249,340 | |
| Kiewit/Atkinson Cashman/Perini Group | CO1A3 | 107,500 | WAGE  $ 2,121,290.00 |
| | CO9A7 | 70,000 | H / W        995,683.00 |
| | CO9A8 | 23,000 | PENSION  758,091.00 |
| | | 200,500 | $ 3,875,064.00 |

Page 1 of 2

107

# CHART U.
**(continued)**

# A, B, C PRIME CONTRATOR GROUPED
# ESTIMATED DAMAGES

| PRIME CONTRACTOR | CONTRACTS | TOTAL HOURS | WAGE H/W PENSION | | |
|---|---|---|---|---|---|
| Walsh/O'Connell | C15A3<br>C17A3 | 41,390<br>7,940<br>49,330 | WAGE<br>H / W<br>PENSION | $<br><br><br>$ | 521,911.00<br>244,973.00<br>186,517.00<br>953,401.00 |
| De Matteo/Flatiron | CO7D2 | 29,000 | WAGE<br>H / W<br>PENSION | $<br><br><br>$ | 306,820.00<br>144,014.00<br>109,649.00<br>560,483.00 |
| Middlesex Corp. & Affiliates | C21AB | 2,790 | WAGE<br>H / W<br>PENSION | $<br><br><br>$ | 29,518.00<br>13,855.00<br>10,549.00<br>53,922.00 |
| McCourt Construction | C14C4 | 1,140 | WAGE<br>H / W<br>PENSION | $<br><br><br>$ | 12,061.00<br>5,661.00<br>4,310.00<br>22,032.00 |

Page 2 of 2

108

# CHART V.

# CONTRACT PRICING ANALYSIS

THE REVIEW OF CA/T RECORDS DISCOVERED THE FOLLOWING FORMULA AND PRIME CONTRACTOR PER TON SHORT HAULING RATE FOR SAND AND GRAVEL.

PRIME CONTRACTORS ALLEGELLY USED THIS FORMULA TO TRANSLATE FHWA/MHD UNIT CONTRACT PRICING TO THE PRIME'S SMALL TRUCKING COMPANY HOURLY RATE.

## 10 TONS = 6.25 CUBIC YARDS = 1 TRUCKING HOURS
## PRIME CONTRACTOR PER TON RATE - $10.50

EXAMPLE: **Prime Contractor is awarded a contract which includes a 100,000 Tons Hauling of A, B and C Materials.**

A. CA/T Project Rate for Hauling A, B and C Materials - $10.50 Per Ton.

B. Value of Prime Contract (100,000 tons X $10.50 per ton ) $ 1,050,000.00.

C. Small Tracking Contract/Agreement and Market Hourly Trucking Rates:

### (100,000 tons) (10 tons) = 10,000 Trucking Hours

| Market Rate/Hours | DBE/WBE | Prime* |
|---|---|---|
| $ 45.00 Per Hour X 10,000 Hours = | $ 450,000.00 - <br>(42.9%) | $ 600,000.00 <br>(57.1%) |
| $ 55.00 Per Hour X 10,000 Hours = | 550,000.00 - <br>(52.4%) | 500,000.00 <br>(47.6%) |

### 1997 CORRECTIVE ACTION AND "UP LIFT FUND"

| | | |
|---|---|---|
| $ 65.00 Per Hour X 10,000 Hours = | 650,000.00 - <br>(61.9%) | 400,000.00 <br>(38.1%) |

\* = To cover traditional Prime Contractor Fees and Special Expenses that Sub-Contractors would not be expected to pay. This Column also includes one and in some cases two Lines of Profit for the Prime Contractor while the Small Trucking Companies actually doing the work were not allowed a Profit. (See Attachment D.1.)

109

# CHART W.

## LISTING OF 1997 CA/T CONTRACTORS FOUND IN VIOLATION OF MASSACHUSETTS PREVAILING RATE LAW AFTER STRIKE

### ( Public Notice :  OCTOBER 31, 1997)

| PRIME CONTRACTOR | SUBCONTRACTOR | BACK WAGES PAID |
|---|---|---|
| Modern Continental* | Amaral Excavation of Somerville | $ 69,253.00 |
| Perini Corporation* | Joe Fern Trucking of Chelsea | 19,309.00 |
| De Matteo Corporation* | Ronzio Trucking of Winchester | 16,479.00 |
| Perini Corporation* | Ciampa & Mercurio Trucking Of Revere | 14,831.00 |
| | | ---------------- |
| | | $ 119,878.00 |

**\* = No formal or informal action take against any  Prime Contractor**

# CHART X.

# SUMMARY OF ESTIMATED SETTLEMENT COSTS

**INDIVIDUAL DAMAGES**

|   |   |   |
|---|---|---|
| A. DUXBURY TRUCKING, INC. | $ 601,467.00 | |
| B. DUXBURY EMPLOYEE(s) | 505,671.00 | |
| | | 1,107,138.00 |

**CLASS ACTION**

|   |   |   |
|---|---|---|
| A. PREVAILING RATE ISSUE(s) | 12,467,786.00 | |
| B. HEALTH/WELFARE ISSUE(s) | 5,851,515.00 | |
| C. PENSION ISSUE | 4,455,065.00 | |
| D. COMPANY EQUAL ACCESS | 3,827,070.00 | |
| E. BELOW MARKET PRICING | 2,939,316.00 | |
| | 29,540,752.00 | |

**$ 30,647,890.00**

111

# CHART Y.

## ESTIMATED SETTLEMENT COSTS
## (DUXBURY TRUCKING)

| COMPAMY DAMAGES | $ 601,467.00 |
|---|---|
| 1.) Loss of Equipment and/of Lease Options | $ 130,260.00 |
| 2.) Loss of Cash related to Business Start-up | 37,045.00 |
| 3.) Loss related to administrative processes to bring matter to closure | 27,200.00 |
| 4.) Loss of Profit reasonable Corporate Income | 225,000.00 |
| 5.) Legal Fees | 3,500.00 |
| 6.) Below Market Pricing | 6,484.00 |
| 7.) Interest on Loss | 143,016.00 |
| 8.) Loan Balance Payments | 18,402.00 |
| 9.) Total | $ 601,467.00 |

In addition to the above listed Damages, should Duxbury Trucking re-apply for WBE Certification, then immediate action must be taken to review and make a Finding regarding that request.

# CHART Z.

## ESTIMATED SETTLEMENT COSTS

## (DUXBURY TRUCKING – EMPLOYEES)

**INDIVIDUAL DAMAGES** $ 505,671.00

|  |  |
|---|---|
| 1.) Total Lost Wages<br>Over Time and Benefits | $ 401,926.00 |
| 2.) Less $ 600.00 paid into<br>Health and Welfare Fund<br>in 1997 by "Up Lift Fund" | -   600.00 |
| 3.) Adjusted Lost Wages | 401,326.00 |
| 4.) Interest on lost Wages | +  104,345.00 |
| 5.) Individual Estimated Damages | $ 505,671.00 |

# CHART AA.

## ESTIMATED SETTLEMENT COSTS

## (LOST WAGES CLASS)

**CORRECTION OF PREVAILING RATE ISSUES**     **$ 12,752,397.00**

TOTAL NUMBER OF CA/T PROJECT TRUCKING HOURS : 1,178,320

| | |
|---|---|
| HOURLY WAGE  UNDERPAYMENT  TOTAL | $ 6,437,338.00 |
| OVER TIME UNDERPAYMENT TOTAL | 2,972,312.00 |
| INTEREST | 3,058,136.00 |
| | $ 12,467,786.00 |

# CHART BB.

## ESTIMATED SETTLEMENT COSTS

## (LOST HEALTH/WELFARE CLASS)

**CORRECTION OF H/W FUND ISSUE**                     **$ 5,851,515.00**

| | |
|---|---|
| TOTAL NUMBER OF CA/T PROJECT TRUCKING HOURS : | 1,178,320 |
| REQUIRED HEALTH/WELFARE HOURLY PAYMENT | X    4.50 |
| TOTAL ESTIMATED LIABILITY | $ 5,302,440.00 |
| ESTIMATED CASES OF ACTUAL UNDERPAYMENT | X    90.3% |
| REDUCED LIABILITY | $ 4,788,103.00 |

"UP LIFT FUND" BENEFIT PAYMENT                          - 413,100.00
( $ 4.50 X 660 HOURS X 209 ACCOUNTS)
                                                       $ 4,375,003.00
SPECIAL GROUP THAT LOSS EMPLOYMENT                     +   41310.00
  AND RESULTING BENEFIT COVERAGE                       _____

                                                        4,416,313.00

**INTEREST**                                           + 1,435,302.00
                                                       _____

                                                       $ 5,851515.00

115

# CHART CC.

# ESTIMATED SETTLEMENT COSTS

# (LOSSED PENSIOIN CLASS)

**CORRECTION OF PENSION FUND ISSUES**          **$ 4,455,065.00**

TOTAL NUMBER OF CA/T PROJECT TRUCKING HOURS :  1,178,320

REQUIRED PENSION HOURLY PAYMENT                      X    3.16

TOTAL ESTIMATED LIABILITY                  $ 3,723,491.00

ESTIMATED CASES OF ACTUAL UNDERPAYMENT          X    90.3%

                                    3,362,313.00

INTEREST FOR  YEARS                    + 1,O92,752.00

                                    $ 4,455.065.00

# CHART DD.

# ESTIMATED SETTLEMENT COSTS

# (TRUCKING COMPANY - LOSS OF EQUAL ACCESS CLASS)

# CORRECTION OF TRUCKING COMPANY ISSUES      -   $ 3,827,070.00

Total Number of  A,B,C "Owner/Operators" Contractors      58

Projection of Trucking Companies able to demonstrate      9

Estimated Income Loss :                              $ 3,827,070.00

# CHART EE.

## ESTIMATED SETTLEMENT COSTS

## (TRUCKING COMPANY – BELOW MARKET PRICING CLASS)

### CORRECTION OF TRUCKING COMPANY ISSUES    -  $ 2,939,316.00

| | |
|---|---|
| Total Number of A,B,C Hauling Hours | 1,178,320 |
| Small Company Margin Per Hour | x  2.50 |
| | $ 2,945,800.00 |
| Credits to Company | -  6,484.00 |
| | $ 2,939,316.00 |

# E. ATTACHMENTS

| SECTION | PAGE | TAB |
|---|---|---|
| **A. FHWA ADMINISTRATIVE DOCUMENTS AND REQUESTS** | 118 – 125 | **E** |

    1.) Complaint from Duxbury Trucking, Inc. dated September 27, 2000

    2.) Headquarter Acknowledgement of Complaint dated November 15, 2000

    3.) Complainant Consent/Release Form dated November 17, 2000

    4.) Headquarter referral of Complaint to ERC dated February 21, 2001

    5.) Notice of Complaint from ERC to MHD dated March 1, 2001

    6.) Notice of Assignment from ERC to Duxbury Trucking - March 2, 2001

    7.) ERC Request for Information from FHWA Massachusetts' Division dated April 4, 2001

    8.) Massachusetts Division's Response to ERC Data Request (4-10-01)

    9.) ERC Request for Information for MHD CA/T Project (April 10, 2001)

    10.) FHWA Senior Attorney to CA/T Project Chief Counsel (July 28, 2000)

    11.) FHWA –CA/T Project DBE Progress Report (April 26, 1999)

**B. MHD DOCUMENTS AND REPORTS**

    1.) Central Artery/Tunnel Project Memorandum of Agreement on Trucking Issues dated August 1, 1997.

    2.) Memorandum of Understanding as to Teamster Benefits (MOU) in accordance with The Central Artery/Tunnel (CA/T) Project Memorandum of Agreement on Trucking Issues (MOA)

| SECTION | PAGE TAB |
|---|---|

## E. ATTACHMENTS

### B. MHD DOCUMENTS AND REPORTS (continues)

3.) Construction Management Directive No. 29, Revision 3 Certified Payroll Reports for Transporters of Gravel or Fill dated August 12, 1997

4.) Listing of all known Truck Drivers who worked on CA/T and Benefit Payments

    a.) Back Payment Forms – H/W Benefits

    b.) Late Payments of H/W Benefits – November 19 1997

5.) Tracking of below Agreement Trucking Hourly Rate July 1, 1997 shows full knowledge of problem.

    a.) Study on Hourly Market Rate (5-16-97)

    b.) Modern Continental – MHD Rate Review (7-17-97)

    c.) Listing of Known Benefit Admin. Problems (8-20-97)

    d.) Cashman – Rating Statement (6-3-97)

6.) MHD "RESOLUTION SUMMARY" dated June 10, 1997 which requested an amnesty policy from the State Attorney General's Office regarding the failure to cover Prevailing Rate Provisions.

7.) CA/T Contract Information

    a.) Listing of Construction Contracts

    b.) Consultant/Contractor List By Contract

    c.) DBE Truckers in Central Artery Project

    d.) Truckers Who Submit Report as Subcontractor in Central Artery Project

    e.) Project Labor Agreement

120

| SECTION | PAGE | TAB |
| --- | --- | --- |

**E. ATTACHMENTS**

   **B. MHD DOCUMENTS AND REPORTS - (continued)**

      e.)  Trucking MOA Status of Change Order

      f.)  Consultant/Contractor List by Contract

   8.)  MHD Prevailing Rate Audits

      a.)  Interviews (5-15-97)

      b.)  Audits and Findings (7-15-97)

   9.)  MHD Status of Agreement Statement – August 21, 1997

   10.)  MHD Comments on House Post Report of October 1997

   11.)  MHD Response to House Post Report – October 20, 1997
       (See: Attachment C.2. House Post Report)

   12.)  MHD Letter to Mr. Robert D. City – December 19, 1997

   13.)  Attorney General's Letter (February 7, 1997)

   14.)  Attorney General's Advisory (April 8, 1994)

   15.)  MHD Notice to Prime – Intent to Retain Funds (May 2, 1997)

   16.)  MHD Status Summary Update (March 27, 1998)

   17.)  MHD Letter in Response to Complaint  (October 19, 2000)

   18.)  MHD Notice o Certified Payrolls for Truck Drivers (January 27, 1996)

   19.)  MHD Internal Memo on Prevailing Wage for Truck Drivers (10-31-96)

   20.)  MHD Internal Memo on Prevailing Wage for Truck Drivers (11-26-96)

   21.)  MHD Internal Memo on "Owner/Operator" Reporting (10-17-93)

# E. ATTACHMENTS

| SECTION | PAGE | TAB |
|---------|------|-----|

**C. MASSACHUSETTS STATE AUDIT REPORTS**                                        G

    1.) State Reports on Continuing Trucking Issue

    2.) Review of Prevailing Wage Issues – House Post Audit
       and Oversight Bureau October 1997
       (See: Attachment B. 13 MHD Response)

**D. PRIME CONTRACTOR DOCUMENTS**                                              H

    1.) Modern Continental Payment Breakdown for Trucking (Tons)

    2.) Mass Gravel, Inc. Letter advising of contributions made for
       direct employees (December 1, 1997)

    3.) Perini – Hazardous Materials Hauling not a "Cover Group"
       (July 20, 1998)

    4.) Actual Tri-Axle Market Hourly Rates Paid by Kiewit (Prime Contractor)

    5.) J.F. White (Prime Contractor) Request for Additional funds to cover
       Prime Administration of New Process (July 2, 1997)

    6.) M. Dematteo Construction Notice of Refusal to Accept Agreement
       ( July 2, 1997)

    7.) M. Dematteo Construction –  Notice of Non-acceptance of  Trucking
       Rate Revision - Letter July 15, 1997

    8.) Modern Continental – Letter August 26, 1997

    9.) Modern Continental – 1996 Pricing Data Report – November 4, 1996

    10.) Modern Continental – Unit Pricing Document – March 20, 1996

    11.) M. Dematteo Construction – Trucking Invoice Requirement – June 20, 1997

    12.) Jay Cashman Inc. – Report to the President (November 1999)

122

# E. ATTACHMENTS

| SECTION | PAGE TAB |
|---|---|

**E. UNION AND SPECIAL GROUP DOCUMENTS**                                    **I**

    1.) Massachusetts Heavy Contraction Agreement (1993-1996)

    2.) Letter to J F White Construction – CA/T Prime Contractor
       (March 2, 1992)

    3.) Letter to Bechtel/Parson Brinckerhoff – Grievance - (April 2, 1992)

    4.) Letter to Bechtel/Parson Brinckerhoff – CA/T Contracts
       (February 11, 1993)

    5.) Letter from Union's Counselor – December 31, 1997

    6.) Construction Industries of Massachusetts (CIM)
       Meeting of September 2, 1997

    7.) CIM Labor Relations Division – Letter (September 4, 1997)

    8.) Union Tri-Axle Rates for 1996, 97 and 98

    9.) Notice of Grievance – (September 15, 1998)

    10.) Notice of Pension Eligibility  (September 29, 1997)


**F. BECHTEL/PARSONS BRINCKERHOFF**                                    **J**
**   (CA/T PROJECT CONSULTANTS)**

    1.) Internal Office Memorandum – History of Grievances (4-6-92)

    2.) Letter to Union – Response to Union (2-11-93)

    3.) Internal Office Memorandum – Trucker Job Action
       (July 12, 1996)

    4.) Internal Office Memorandum – Prevailing Wages
       (December 12, 1996)

# E.  ATTACHMENTS

| SECTION | PAGE | TAB |
|---------|------|-----|

**G. UNITED STATES DISTRICT COURT**                                    K

    1.)  U.S. District Court Ruling – (March 12, 1997)

    2.)  Construction Industries of Massachusetts & Others  vs
        Commissioner of Labor and Industries Hearing Decision
        November 22, 1989


**H. NEWSPAPER ARTICALS**                                             L

    1.)  Boston Globe Article "AG subpoenas Big Dig
        Truckers dated June 28, 1997

    2.) Boston Herald Article  "Court's truck ruling could
        save millions for Big Dig" November 6, 1997

    3.) Boston Globe Article "4 firms to pay $120,000 in
        back wages" October 31, 1997

    4.) Boston Globe Article "AG said to bypass truckers'
        report of wage violations" April 2, 2001

    5.) Boston Globe Article "Truck drivers working Big Dig
        being shortchanged, Panel says" October 30, 1997


**I.  DUXBURY TRUCKING DOCUMENTS**                                    M

    1.) Modern Continental Construction and Duxbury Trucking
        Acknowledgment July 11, 1997.

    2.) Modern Continental's Repayment Worksheet from June 1997
        to June 1998.

    3.) Modern Continental's Promissory Note – Outstanding Balance
        June 19, 2000.

    4.) Pay Sheets for 1996

# E.  ATTACHMENTS

## L. DUXBURY TRUCKING DOCUMENTS (continued)

4.) Pay Sheets for 1997

5.) Pay Sheets for 1998

6.) Pay Sheets for 1999

7.) 1997 Statement of Wage Compliance

8.) Letter of Complaint to Mass Turnpike – May 3, 2000