JUL-18-2001  13:23   6179738595   P.06/09



# The Commonwealth of Massachusetts
## Department of Economic Development
### State Office of Minority and Women Business Assistance
100 Cambridge Street - Room #1303
Boston, Massachusetts 02202
Telephone (617) 727-8692
Fax (617) 727-5915

**ARGEO PAUL CELLUCCI**
GOVERNOR

**DAVID A. TIBBETTS**
DIRECTOR OF
ECONOMIC DEVELOPMENT

**FRANCE A. LOPEZ**
EXECUTIVE DIRECTOR

April 1, 1998

Ms. Susan Martinsen
DUXBURY TRUCKING INC
83 Blodgett Avenue
Duxbury, MA 02331

Dear Ms. Martinsen:

The State Office of Minority and Women Business Assistance (SOMWBA) is pleased to notify you that your firm was **certified** as a **woman** owned business enterprise **(WBE)** with the certified business description of **TRUCKING.**

Your company will be listed in both the SOMWBA Directory and in the Massachusetts Central Register which are published at regular intervals. The SOMWBA Directory is sent to other state agencies and private organizations who seek to fulfill **WBE** utilization requirements.

Furthermore, you have a continuing duty to notify SOMWBA of a change in any information that is relevant to the firm's certification eligibility and to ensure that the information and documentation relied upon by SOMWBA to certify or to maintain the certification of the business enterprise is accurate, complete and not misleading. You are required to notify SOMWBA in writing of any change of such information or documentation within thirty calendar days. By way of example and not limitation, any change in ownership, control, investment, ongoing or independence may be considered material. Failure to abide by the continuing duty requirements shall constitute grounds for the business entity's decertification.

Certification is not a fixed designation and SOMWBA reserves the right to monitor your company, do random spot checks, site visits and to conduct periodic reviews of your company's books, contracts, company structure, facilities, job locations; to seek other relevant information and documentation; and to revoke certification of your firm should this become necessary.

Your company's certification automatically will expire two years from the date of certification. If your company continues to meet all applicable certification criteria, no later than thirty (30) business days before your firm' certification renewal date of **March 20, 2000,** and every two years thereafter, please send SOMWBA th following documents to renew your certification:
1) All company financial statements since the date of the company's then most recent SOMWB certification;
2) All U.S. Tax Returns and Schedules since the date of the company's then most recent SOMWB certification;

Internet address
http://www.magnet.state.ma.us/somwba/home.htm

3) Corporations must submit all Annual Certificates of Condition since the date of the company's then most recent certification; and

4) A <u>notarized statement</u> that indicates "A" and either "B" or "C" as referenced below.

   A. "I certify under the pains and penalties that no significant changes affecting eligibility as a certified WBE have occurred since the date of the company's then most recent date of SOMWBA certification as defined in State regulations 425 CMR 2.00 SOMWBA."

AND

   B. "I certify under the pains and penalties that DUXBURY TRUCKING INC has not received any contracts(s) as a result of having been SOMWBA certified." Please list the number of full-time and part-time employees you have employed since the date of your last SOMWBA certification; include Principle.

OR

   C. "I certify under the pains and penalties that DUXBURY TRUCKING INC has received contract(s) as a result of having been SOMWBA certified." Please list all contract names, contract amounts and the names of the agencies with which you have contracted from the date of your last SOMWBA certification. Please list the number of full-time and part-time employees you have employed since the date of your last SOMWBA certification; include Principle.

Additionally, every six years, certified companies that wish to remain certified must undergo a substantive review of their certification status with a SOMWBA certification specialist who will re-evaluate the company to determine whether it continues to meet the applicable certification criteria. If you wish to recertify your company when it becomes due for substantive review, you will need to submit the applicable recertification application and all required information and documentation to SOMWBA no later than forty-five (45) business days prior to the date of certification expiration (i.e., the recertification date). At that time, a certification specialist will be assigned to evaluate your company and will make a report and recommendation to the Certification Committee (CC) on whether or not the company continues to meet the applicable certification criteria.

As provided above in 425 CMR 2.00, if your company has a change of address or telephone number, please send a signed letter within thirty days of the change on company letterhead to notify SOMWBA of the new address or telephone number.

Congratulations on your certification. During the period of your certification, if you have any questions regarding business opportunities, certification, or requirements for remaining in good standing, please feel free to contact: Davida Craig, Senior Director of Business Assistance and Advocacy; or Julie Ahern, General Counsel and Senior Director of Certification and Enforcement.

Very truly yours,

France A. Lopez
Executive Director

C#140 WBE/DBE TK