**MODERN CONTINENTAL**
**OBAYASHI** A JOINT VENTURE

148 State Street
Boston, MA 02108
(617) 227-4242    Fax (617) 227-2836

PURCHASE ORDER #

This number must appear on all invoices/correspondence for proper payment and reference. INVOICE IN DUPLICATE TO: 600 Memorial Drive Cambridge, Mass. 02139.

BILL TO:
MODERN CONTINENTAL /
OBAYASHI, A J.V.
148 STATE STREET
BOSTON, MA 02109

VENDOR:
PO# #: 7368

DUXOUT
DUXBURY TRUCKING
P.O. Box 2558
DUXBURY, MA 02331

(SHIP TO THE ABOVE ADDRESS UNLESS SPECIFIED BELOW)

SHIP TO:
000196
STATE TO HIGH ST./AQUARIUM STA
101 BROAD ST.
BOSTON, MA 02110

TAX EXEMPT #: E-999-089-544

| ORDER DATE | SHIP VIA | FOB | TERMS | | | |
|---|---|---|---|---|---|---|
| 04/15/98 | TRUCK | JOBSITE | | | | PAGE: 1 |
| ITEM NUMBER | QUANTITY | | DESCRIPTION | UNIT COST | U/M | EXP'D DATE |
| | 20000.00 | | TRI-AXLE | 65.00000 | HR | 1,300,000 |

The attached Memorandum of Agreement stipulates that the above rate/rates shall be effective as of July 1, 1997. In addition, the Letter of Assent, as well as the Purchase Order MUST be signed and returned to this office in order for MCC to process any subsequent invoices. Failure to execute either of these documents will result in the vendor being barred from working on the MCO CA/T Project referenced above.

The rates represent Health and Welfare and Pension benefits and the Prevailing Wage, as stated on Schedule A in the Massachusetts Heavy Construction Agreement, as well as the ownership/operating cost associated with the equipment.

Certified payrolls must be submitted by vendor to satisfy prevailing wage requirements, as set forth in Massachusetts General Laws, Chapter 149, Section 27 and the above referenced MOA.

Number of hours shown on purchase order estimated only. Payment on actual number of hours worked.

DATA REQUIRED:   Certificate of Insurance

TYPE OF INSURANCE         AMOUNT
---------------------     ------
General Liability         Bodily injury each occurrence:   $500,000
                          Aggregate:  $1,000,000

General Liability         Property damage each occurrence:  $500,000
                          Aggregate:  $1,000,000

Automobile                Bodily injury each person:  $500,000
                          Each occurrence:  $500,000

Automobile                Property damage:  $1,000,000

CONFIRM: Y

Continued...

- VENDOR'S ACCEPTANCE OF THIS ORDER IS HEREBY MADE EXPRESSLY CONDITIONAL UPON ITS ASSENT TO AND ACCEPTANCE OF ALL TERMS AND CONDITIONS ON THE FRONT AND REVERSE SIDES OF THIS PURCHASE ORDER AND ANY ADDITIONAL OR DIFFERENT TERMS AND CONDITIONS PROPOSED BY VENDOR ARE EXPRESSLY REJECTED.
- THIS PURCHASE ORDER MUST BE EXECUTED AND RETURNED TO BUYER WITHIN TEN (10) DAYS FROM THE DATE IT WAS MAILED TO THE VENDOR, AND IN THE EVENT THAT IT IS NOT RETURNED, VENDOR AGREES TO BE BOUND BY ITS TERMS AT THE ELECTION OF BUYER.
- DELIVERY SHALL BE EX-TRUCK JOB SITE UNLESS OTHERWISE DESIGNATED IN THE PURCHASE ORDER.
- SEE REVERSE SIDE FOR TERMS AND CONDITIONS.

BUYER: [signature]

All deliveries must be signed for by an authorized Compliance with all safety and anti-discrimination is absolutely required.

VENDOR RETURN