*DUXBURY TRUCKING*
*P.O. BOX 2558*
*DUXBURY, MA 02331*
*781-953-0027*

BILL TO:  Modern/ Obayashi
P.O.#:  196-19835
WEEK ENDING:  June 20, 1998
JOB NUMBER:  C17A9-196

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| June 15, 1998 | 0451 | 8 | $ 520.00 |
| June 16, 1998 | 0452 | 8 | 520.00 |
| June 17, 1998 | 0453 | 8 | 520.00 |
| June 18, 1998 | 0454 | $8\frac{1}{2}$ | 552.50 |
| June 19, 1998 | 0455 | 8 | 520.00 |
| | | 40.5 | $ 2,632.50 |

**MODERN CONTINENTAL / OBAYASHI**
148 State Street
Boston, MA 02109

**REMITTANCE ADVICE**
VENDOR NO.

DETACH BEFORE DEPOSITING
VENDOR NAME

| ISACTION DATE | REFERENCE | GROSS AMOUNT | DEDUCTION | NET AMOUNT |
|---------------|-----------|--------------|-----------|------------|
| | | | | |

*DUXBURY TRUCKING*
*P.O. BOX 2558*
*DUXBURY, MA 02331*
*781-953-0027*

BILL TO:  Modern / Obayashi
P.O.#:  196-19835
WEEK ENDING:  June 27, 1998
JOB NUMBER:  C17A9-196

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| June 22, 1998 | 0456 | 8 | $ 520.00 |
| June 23,1998 | 0457 | 8 | 520.00 |
| | | 16 | $ 1,040.00 |

REMITTANCE ADVICE
VENDOR NO.
JUXBUT

DETACH BEFORE DEPOSITING
VENDOR NAME
DUXBURY TRUCKING

MODERN CONTINENTAL / OBAYASHI
148 State Street
Boston, MA 02109

| ACTION DATE | REFERENCE | GROSS AMOUNT | DEDUCTION | NET AMOUNT |
|-------------|-----------|--------------|-----------|------------|
| 6/27/96 | 0027    200170 | 752.64 | .00 | 756.64 |

TOTAL DEDUCTIONS    CHECK AMOUNT

*DUXBURY TRUCKING*
*P.O. BOX 2558*
*DUXBURY, MA 02331*
*781-953-0027*

*BILL TO: Modern / Obayashi*
*P.O.#: 195-19835*  i95--13576
*WEEK ENDING: Aug. 22, 1998*
*JOB NUMBER: C17-195*

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| *Aug. 17, 1998* | *0459* | *8* | *$ 520.00* |
| *Aug. 18, 1998* | *0460* | *8* | *520.00* |
| *Aug. 20, 1998* | *0461* | *8* | *520.00* |
| *Aug. 21, 1998* | *0462* | *8* | *520.00* |
| | | *32* | *$ 2,080.00* |

---

**MODERN CONTINENTAL / OBAYASHI**
148 State Street
Boston, MA 02109

**REMITTANCE ADVICE**
VENDOR NO.

**DETACH BEFORE DEPOSITING**
VENDOR NAME

| SACTION DATE | REFERENCE | GROSS AMOUNT | DEDUCTION | NET AMOUNT |
|--------------|-----------|--------------|-----------|------------|
| 2/98 | 082298 | | | 1,505.28 |

| HECK DATE | CHECK NO. | TOTAL GROSS | TOTAL DEDUCTIONS | CHECK AMOUNT |
|-----------|-----------|-------------|------------------|--------------|

*DUXBURY TRUCKING*
*P.O. BOX 2558*
*DUXBURY, MA 02331*
*781-953-0027*

*BILL TO: Modern 7 Obayashi*
*P.O.#: 196-19835*
*WEEK ENDING: August 29, 1998*

| DATE | SLIP # | HOURS | AT $65 PER HOUR |
|------|--------|-------|-----------------|
| Aug. 24, 1998 | 0463 | 8 | $ 520.00 |
| Aug. 25, 1998 | 0464 | 8 | 520.00 |
| Aug. 26, 1998 | 0465 | 9 | 585.00 |
| Aug. 27, 1998 | 0466 | $8\frac{1}{2}$ | 552.50 |
| Aug. 28, 1998 | 0467 | 9 | 585.00 |
| | | $42\frac{1}{2}$ | $ 2,762.50 |

**MODERN CONTINENTAL / OBAYASHI**
148 State Street
Boston, MA 02109

**REMITTANCE ADVICE**
VENDOR NO.
DUXOUT          DUXBURY TRUCKING

DETACH BEFORE DEPOSITING
VENDOR NAME

| SACTION DATE | REFERENCE | GROSS AMOUNT | DEDUCTION | NET AMOUNT |
|--------------|-----------|--------------|-----------|------------|
| 08/24/98 | 0629    0181.95 | 1,979.20 | .00 | 1,979.20 |

| ECK DATE | CHECK NO. | TOTAL GROSS | TOTAL DEDUCTIONS | CHECK AMOUNT |
|----------|-----------|-------------|------------------|--------------|
| | | | | |

DUXBURY TRUCKING
P.O. BOX 2558
DUXBURY, MA 02331
781-953-0027


BILL TO:  Modern / Obayashi
P.O.#:  195-13516
WEEK ENDING:  September 5, 1998
JOB NUMBER:  C17A2 - 195

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| Aug. 31, 1998 | 0468 | 9 | $585.00 |
| Sept. 1, 1998 | 0471 | 8 | 520.00 |
| Sept. 2, 1998 | 0473 | 8 | 520.00 |
| Sept. 3, 1998 | 0476 | 8 | 520.00 |
| Sept. 4, 1998 | 0477 | 8 | 520.00 |
|  |  | 41 | $ 2,665.00 |

DUXBURY TRUCKING
P.O. BOX 2558
DUXBURY, MA 02331
781-953-0027

BILL TO:  Modern Contintental
P.O.#:  11691
WEEK ENDING:  Sept. 12, 1998
JOB LOCATION:  Sabanu to Quincy
JOB # : 9510

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| Sept. 8, 1998 | 0480 | 8 | $ 520.00 |
| Sept. 9, 1998 | 0482 | 8 | 520.00 |
| Sept. 10, 1998 | 0484 | 8 | 520.00 |
| Sept. 11, 1998 | 0486 | 8 | 520.00 |
| | | 32 | $ 2,080.00 |

*DUXBURY TRUCKING*
*P.O. BOX 25588*
*DUXBURY, MA 02331*
*781-953-0027*

BILL TO:   Modern Contintental
P.O. #: 11691
WEEK ENDING:  Sept 19, 1998
JOB LOCATION:  Sabanu to Quincy
JOB #:  9510

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| Sept. 14, 1998 | 0487 | 8 | $ 520.00 |
| Sept. 15, 1998 | 0489 | 8 | 520.00 |
| Sept. 17, 1998 | 0490 | 8 | 520.00 |
| Sept. 18, 1998 | 0491 | 8 | 520.00 |
|  |  | 32 | $ 2,080.00 |

---

**MODERN**
**CONTINENTAL**
10 Memorial Drive, Cambridge, MA 02139

REMITTANCE ADVICE
VENDOR NO.
DUXBUT                    DUXBURY TRUCKING

DETACH BEFORE DEPOSITING
VENDOR NAME

| SACTION DATE | REFERENCE | | GROSS AMOUNT | DEDUCTION | NET AMOUNT |
|--------------|-----------|--|--------------|-----------|------------|
| 9/12/98 | 0912 |  |  |  |  |
| 9/12/98 | 0912 | 009510 | 1,761.60 | .00 | 1,761.60 |
| 9/19/98 | 0919 |  | 320.00 | .00 | 320.00 |
| 9/19/98 | 0919 | 009510 | 1,825.28 | .00 | 1,825.28 |
|  |  |  | 320.00 | .00 | 320.00 |

*DUXBURY TRUCKING*
*P.O. BOX 2558*
*DUXBURY, MA 02331*
*781-953-0027*

*BILL TO : Modern / Obayashi*
*P.O.#: 195-13516*
*WEEK ENDING: September 19, 1998*
*JOB NUMBER: C17A2-195*

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| Sept. 15, 1998 | 0488 | 8.5 | $ 552.50 |

**MODERN CONTINENTAL / OBAYASHI**
148 State Street
Boston, MA 02109

**REMITTANCE ADVICE**
VENDOR NO.

**DETACH BEFORE DEPOSITING**
VENDOR NAME

| SACTION DATE | REFERENCE | GROSS AMOUNT | DEDUCTION | NET AMOUNT |
|--------------|-----------|--------------|-----------|------------|
| | | | | |
| | | | | |

| IECK DATE | CHECK NO. | TOTAL GROSS | TOTAL DEDUCTIONS | CHECK AMOUNT |
|-----------|-----------|-------------|------------------|--------------|

DUXBURY TRUCKING
P.O. BOX 2558
DUXBURY, MA 02331
781-953-0027

BILL TO:  Modern Contintental
P.O.#:  11691
WEEK ENDING:  September 26, 1998
JOB LOCATION:  Sabanu to Quincy
JOB #:  9510

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| Sept. 22, 1998 | 0492 | 8 | $ 520.00 |
| Sept. 23, 1998 | 0494 | 8 | 520.00 |
| Sept. 24, 1998 | 0287 | 8 | 520.00 |
| Sept. 25, 1998 | 0289 | 8 | 520.00 |
| | | 32 | $ 2,080.00 |

**DUXBURY TRUCKING**
P.O. BOX 2558
DUXBURY, MA 02331
781-953-0027

BILL TO : Modern / Obayashi
P.O. # : 195 - 13516
WEEK ENDING : September 26, 1998
JOB NUMBER : C17A2-195

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|-------------------|
| Sept. 24, 1998 | 0288 | 8 | $ 520.00 |
| Sept. 25, 1998 | 0549 | 8 | 520.00 |
| | | 16 | $ 1,040.00 |

attention - Rick Egan

*DUXBURY TRUCKING*

*P.O. BOX 2558*

*DUXBURY, MA 02331*

*781-953-0027*

*BILL TO : Modern Contintental*

*P.O.#: 11691*

*WEEK ENDING: October 3, 1998*

*JOB LOCATION: Sabaru to Quincy*

*JOB #: 9510*

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| Sept. 28, 1998 | 0290 | 8 | $ 520.00 |
| Sept. 29, 1998 | 0291 | 8 | 520.00 |
| Sept. 30, 1998 | 0292 | 8 | 520.00 |
| October 1, 1998 | 0295 | 8 | 520.00 |
| October 2, 1998 | 0297 | 8 | 520.00 |
| | | 40 | $ 2,600.00 |

**DUXBURY TRUCKING**
**P.O. BOX 2558**
**DUXBURY, MA 02331**
**781-953-0027**

BILL TO:  Modern / OBAYASHI
P.O # :  195 - 13516
WEEK ENDING:  October 3, 1998
JOB NUMBER : C17A2-195

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| Sept. 28, 1998 | 0213 | 8 | $ 520.00 |
| Sept. 29, 1998 | 0495 | 8.5 | 552.50 |
| Sept. 30, 1998 | 0293 | 8 | 520.00 |
| October 1,1998 | 0294 | 8.5 | 552.50 |
| October 2, 1998 | 0296 | 8 | 520.00 |
| | | 41 | $ 2,665.00 |

attention- Rick Egan



DUXBURY TRUCKING
P.O. BOX 2558
DUXBURY, MA 02331
781-953-0027

BILL TO : Modern Contintental
P.O.# : 11691
WEEK ENDING : October 10, 1998
JOB LOCATION : Sabanu to Quincy
JOB # : 9510

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| October 5, 1998 | 0298 | 8 | $ 520.00 |
| October 6, 1998 | 0299 | 8 | 520.00 |
| October 7, 1998 | 0202 | 8 | 520.00 |
| October 8, 1998 | 0203 | 8 | 520.00 |
| October 9, 1998 | 0204 | 8 | 520.00 |
| | | 40 | $ 2,600.00 |

*DUXBURY TRUCKING*
*P.O. BOX 2558*
*DUXBURY, MA 02331*
*781-953-0027*

*BILL TO: Modern Contintental*
*P.O.#: 11691*
*WEEK ENDING: October 17, 1998*
*JOB LOCATION: Sabanu to Quincy*
*JOB #: 9510*

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| October 13, 1998 | 0205 | 8 | $ 520.00 |
| October 14, 1998 | 0206 | 8 | 520.00 |
| October 15, 1998 | 0207 | 8 | 520.00 |
| October 16, 1998 | 0208 | 8 | 520.00 |
| | | 32 | $ 2,080.00 |

ODERN
ONTINENTAL

Memorial Drive, Cambridge, MA 02139

**REMITTANCE ADVICE**
VENDOR NO.

DETACH BEFORE DEPOSITING
VENDOR NAME

| ACTION DATE | REFERENCE | GROSS AMOUNT | DEDUCTION | NET AMOUNT |
|-------------|-----------|--------------|-----------|------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*DUXBURY TRUCKING*
*P.O. BOX 2558*
*DUXBURY, MA 02331*
*781-953-0027*

BILL TO : Modern Contintental
P.O. #:  11691
WEEK ENDING :  October 24, 1998
JOB LOCATION: Sabanu to Quary Hills
JOB # : 9510

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| October 19, 1998 | 0209 | 8 | $ 520.00 |
| October 20, 1998 | 0210 | 8 | 520.00 |
| October 21, 1998 | 0211 | 8 | 520.00 |
| October 22, 1998 | 0212 | 8 | 520.00 |
| October 23, 1998 | 0523 | 8 | 520.00 |
| | | 40 | $ 2,600.00 |

DUXBURY TRUCKING
P.O. BOX 2558
DUXBURY, MA 02331
781-953-0027

BILL TO : Modern Contintental
P.O.#:  11691
WEEK ENDING:  November 7, 1998
JOB LOCATION : Sabanu to Quarry Hills
JOB # : 9510

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| Nov. 2, 1998 | 0524 | 8 | $ 520.00 |

*DUXBURY TRUCKING*
*P.O. BOX 2558*
*DUXBURY, MA 02331*
*781-953-0027*

*BILL TO:  Modern Contintental*
*P.O.#:  11691*
*WEEK ENDING:  November 28, 1998*
*JOB LOCATION:  Sabaru to Quarry Hills*
*JOB #:  9510*

| DATE | SLIP # | HOURS | AT $ 65 PER HOUR |
|------|--------|-------|------------------|
| November 23, 1998 | 0522 | 8 | $ 520.00 |
| November 24, 1998 | 0525 | 5 truck | 325,00 |
| November 24, 1998 | " | 3 labor | 88.05 |
| November 25, 1998 | 0526 | 8 | 520.00 |
| November 28, 1998 | 0527 | 9 | 585.00 |

*30 truck*
*3 labor      $ 2038.05*

---

IDERN
NTINENTAL

Memorial Drive, Cambridge, MA 02139

**REMITTANCE ADVICE**
VENDOR NO.

DETACH BEFORE DEPOSITING
VENDOR NAME

DUXBUT      DUXBURY TRUCKING

| CTION DATE | REFERENCE | | GROSS AMOUNT | DEDUCTION | NET AMOUNT |
|------------|-----------|---|--------------|-----------|------------|
| /07/98 | 1107 | 009510 | 376.32 | .00 | 376.32 |
| /07/98 | 1107 | 009510 | 80.00 | .00 | 80.00 |
| /07/98 | 1107 | 009510 | 80.00 | .00 | 80.00 |
| /28/98 | 1128 | 009510 | 330.00 | .00 | 330.00 |
| /28/98 | 1128 | 009510 | 1,711.69 | .00 | 1,711.69 |

*DUXBURY TRUCKING*
*P.O. BOX 2558*
*DUXBURY, MA 02331*
*781-953-0027*

*BILL TO:  Modern Contintental*
*WEEK ENDING:  April 10, 1999*
*JOB NUMBER:  C17A1*

| DATE | HOURS | AT $65 PER HOUR |
|------|-------|-----------------|
| April 5, 1999 | 8 | $ 520.00 |
| April 6, 1999 | 8 | 520.00 |
| April 7, 1999 | 8 | 520.00 |
| April 8, 1999 | 8 | 520.00 |
| April 9, 1999 | $8\frac{1}{2}$ | 552.50 |
| | $40\frac{1}{2}$ | $ 2632.50 |

**MODERN CONTINENTAL**
600 Memorial Drive, Cambridge, MA 02139

| JOB / SUB JOB NO. | CO. | DIV. | VENDOR | REFERENCE | CHECK NO. |
|---|---|---|---|---|---|
| | 01 | 000 | 50318 | | 058927 |

| | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 004 | 04/30/99 | REQ-47 | 1,888.92 | | 1,888.92 |

*DUXBURY TRUCKING*
*P.O. BOX 2558*
*DUXBURY, MA 02331*

BILL TO : Modern Contintental
WEEK ENDING :  April 17, 1999
JOB NUMBER :  C17A1

| DATE | HOURS | AT $ 65 PER HOUR |
|------|-------|------------------|
| April 12, 1999 | 11 | $ 715.00 |
| April 13, 1999 | 10½ | 682.50 |
| April 14, 1999 | 10½ | 682.50 |
| April 15, 1999 | 13 | 845.00 |
| April 16, 1999 | 8½ | 552.50 |
| | 53½ | $ 3,477.50 |

DUXBURY TRUCKING
P.O. BOX 2558
DUXBURY, MA 02331

BILL TO : Modern Contintal
WEEK ENDING : April 24, 1999
JOB NUMBER : C17A1

| DATE | HOURS | AT $ 65 PER HOUR |
|------|-------|------------------|
| April 19, 1999 | Holiday | |
| April 20, 1999 | 11 | $ 715.00 |
| April 21, 1999 | 12 | 780.00 |
| April 22, 1999 | 10½ | 682.50 |
| April 23, 1999 | 10½ | 682.50 |
| April 24, 1999 | 8½ | 552.50 |
| | 52½ | $ 3412.50 |

**MODERN CONTINENTAL**
600 Memorial Drive, Cambridge, MA 02139

| JOB / SUB JOB NO. | CO. | DIV. | VENDOR | REFERENCE | CHECK NO. |
|---|---|---|---|---|---|
| | 01 | 000 | 50190 | | 059274 |

| INVOICE NO. | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| L | 04/17/99 | LOAN REPAYMENT | 535.00- | | 535.00- |
| | 04/17/99 | TRUCKERS | 3,014.19 | | 3,014.19 |
| | 04/24/99 | TRUCKERS | 2,888.57 | | 2,888.57 |
| | 04/24/99 | LOAN REPAYMENT | 525.00- | | 525.00- |

TACH AND RETAIN THIS STATEMENT

*DUXBURY TRUCKING*
*P.O. BOX 2558*
*DUXURY, MA 02331*

BILL TO : Modern Contintental
WEEK ENDING : May 1, 1999
JOB NUMBER : C17A1

| DATE | HOURS | AT $ 65 PER HOUR |
|------|-------|------------------|
| April 26, 1999 | 10½ | $ 682.50 |
| April 27, 1999 | 10½ | 682.50 |
| | 21 | $ 1,365.00 |

**MODERN CONTINENTAL**

600 Memorial Drive, Cambridge, MA 02139

| JOB / SUB JOB NO. | CO. | DIV. | VENDOR | REFERENCE | CHECK NO. |
|-------------------|-----|------|--------|-----------|-----------|
| | | | | | 059939 |

| | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|--------------|-------------|--------------|----------|------------|
| 99 | 5/1/99 | TRUCKERS | $1183.14 | | $1183.14 |
| 99 | 5/1/99 | LOAN REPAYMNT | ($210.00) | | ($210.00 |

| | | TOTALS ➡ | $973.14 | | $973.14 |

ETACH AND RETAIN THIS STATEMENT
HED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE
ECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

*DUXBURY TRUCKING*
*P.O. BOX 2558*
*DUXBURY, MA 02331*
*781-934-9082*

BILL TO : Modern Contintental
WEEK ENDING: May 8, 1999
JOB NUMBER: C17A1
P.O.#: 00135166

| DATE | HOURS | AT $ 65 PER HOUR |
|------|-------|------------------|
| May 3, 1999 | $9\frac{1}{2}$ | $ 617.50 |
| May 4, 1999 | 9 | 585.00 |
| May 5, 1999 | 9 | 585.00 |
| May 6, 1999 | $8\frac{1}{2}$ | 552.50 |
| May 7, 1999 | $8\frac{1}{2}$ | 552.50 |
| | $44\frac{1}{2}$ | $ 2892.50 |

**MODERN CONTINENTAL**

600 Memorial Drive, Cambridge, MA 02139

| JOB / SUB JOB | CO. | DIV | VENDOR | REFERENCE | CHECK NO. |
|---|---|---|---|---|---|
| | 01 | 000 | 50190 | | 060228 |

| INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| 05/08/99 | RUCKERS | 2,507.13 | | 2,507.13 |
| 05/08/99 | LOAN REPAYMENT | 445.00- | | 445.00- |

DUXBURY TRUCKING
P.O. BOX 2558
DUXBURY, MA 02331
781-934-9082

BILL TO : Modern Contintental
WEEK ENDING:  May 15, 1999
JOB NUMBER : C17A1
P.O.# : 00135166

| DATE | HOURS | AT $65 PER HOUR |
|------|-------|-----------------|
| May 10, 1999 | 9 | $ 585.00 |
| May 11, 1999 | $8\frac{1}{2}$ | 552.50 |
| May 12, 1999 | $8\frac{1}{2}$ | 552.50 |
| May 13, 1999 | $8\frac{1}{2}$ | 552.50 |
| | $34\frac{1}{2}$ | $ 2,242.50 |

DUXBURY TRUCKING
P.O. BOX 2558
DUXBURY, MA 02331
781-934-9082

BILL TO:  Modern Continental

WEEK ENDING:  May 22, 1999
JOB NUMBER:  C17A1
P.O.#:  00135166

| DATE | HOURS | AT $65 PER HOUR |
|------|-------|-----------------|
| May 17, 1999 | 9 | $ 585.00 |
| May 18, 1999 | $9\frac{1}{2}$ | 617.50 |
| May 19, 1999 | 8 | 520.00 |
| May 20, 1999 | 10 | 650.00 |
| May 21, 1999 | 9 | 585.00 |
| | $45\frac{1}{2}$ | $ 2957.50 |

*DUXBURY TRUCKING*

*P.O. BOX 2558*

*DUXBURY, MA 02331*

*781-934-9082*

*BILL TO :  Modern Continental*
*WEEK ENDING : May 29, 1999*
*JOB NUMBER :  C17A1*
*P.O.# : 00135166*

| DATE | HOURS | AT $ 65 PER HOUR |
|------|-------|------------------|
| May 24, 1999 | 8 | $ 520.00 |
| May 25, 1999 | 8½ | 552.50 |
| May 26, 1999 | 8 | 520.00 |
| May 27, 1999 | 8½ | 552.50 |
| May 28, 1999 | 8 | 520.00 |
| | 41 | $ 2665.00 |