Summary of interviews with Ted Webster, president, Webster Engineering, Mike Jefferson, NAMC, Bob Mercado, president Amerphil, Inc., and Earnest J. Smith, president, E.J. Smith Trucking, Inc.

Ted Webster stated that trucking was "a murky issue: hard to get your hands around." Trucking is handled on large projects by a trucking broker or trucking subcontractor. Brokers then hire **independent contractors or owner/operators who have set the rate at which they work – themselves.**

Amerphil once took DeMatteo to arbitration and won so DeMatteo, the prime, had to pay fringes and benefits.

"The trucking rate situation is the blame of the owner/operators, some of whom have older, paid for trucks and can operate them at rates less than others with new or leased equipment. Independent owner/operators undercut the trucking rate." – Webster

Only 5-10 percent of owner/operators are certified as DBEs. Less than 5 percent of trucking subs are certified as DBEs. A lot of owner operators are minorities but not certified as DBEs.

Older contracts don't have prompt payment provisions. "So many DBE opportunities on the Big Dig are being eliminated by systemic approaches to increase DBE participation which do not comport with standard industry practices." – Webster

The new DBE trucking rule, requiring DBEs to own at least some trucks on a job, and not allowing payments to other than DBEs to count against the goal resulted in primes seeing no benefit in using DBE brokers, so they stopped using them.

The majority of reported DBE work on the Big Dig has gone to steel suppliers and other pass-throughs who do not perform a CUF and do not benefit or develop DBEs.

Webster complained to Lorenzo Parra about the failure to provide CUF by TESTA and PT Corp, but the Turnpike authority review came back with a clean bill of health.

The manner in which the DBE program is being mismanaged and not managed is such that fraudulent firms are certified and their "achievements" counted toward goals. The extent to which fraudulent firms are employed limits opportunities for legitimate DBEs.

Some examples of flagrant violations include an award of a $16 million contract to Adams Management for fireproofing; Max Lee Supply and Aquamarine Suppliers supplying concrete and steel with no warehouses or stock; and Bolton, brought from Wisconsin by Perini. Perini gives a check to Bolton for $100 thousand and Bolton gives Perini $98,000 for tool and equipment rental. Both PT and MRP, certified DBEs are TESTA, with the same foreman and estimator. Rusco Steel received contracts for $35 and $40 million in steel erection. Jonesy Regis Steel got $75 million in contracts with no secretary, no voice mail, and operating out of his kitchen.

Webster stated he stopped bidding on Big Dig contracts 5 years ago because he has a real business and expenses to pay. He asked that an audit be done of reported DBE awards on the Big Dig, since 12.5 percent is reported to have been awarded, and he wants to know who got the awards. He claims that MHD knew or should have known that the steel erection and rod-tying operations were suspect.

The practice of replacing DBEs with no penalties was indicative of adherence the DBE regulation not being monitored and non-compliance enforced.

Each of those interviewed agreed that in the beginning of the Big Dig project, there appeared to be legitimate attempts to meet goals. After observing that no one was watching, primes realized they had a free ride and did whatever they wanted to. An "anything goes" mentality is pervasive on the project

It was also agreed that the project provided little benefit to legitimate DBEs. While the DBE regulations contain safeguards, they are completely ineffective if ignored. As an example, they mentioned the case of Easton Reed, a DBE who had 3 cranes and Modern Continental was using 144 cranes on the project, but no person of color could rent any equipment to any prime or major subcontractor on the project.

The actions of the primes and brokers as related to DBEs and trucking subcontractors was described and agreed to as "predatory."