1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF MASSACHUSETTS

3

4

5

6    DUXBURY TRUCKING, INC.,            ) C.A. No. 04-12118-NG

7              Plaintiff              ) Courtroom No. 2

8      VS.                             )

9    MASSACHUSETTS HIGHWAY DEPARTMENT,   ) 1 Courthouse Way

10   MASSACHUSETTS TURNPIKE AUTHORITY,   ) Boston, MA  02210

11   ET AL.,                           )

12             Defendants             )

13

14               JUNE 10, 2005

15                 2:31 p.m.

16

17

18        BEFORE THE HONORABLE NANCY GERTNER

19        UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24             Valerie A. O'Hara

25          Official Court Reporter

1   opposition to the Mass. Highway, that was a systematic
2   course of conduct.
3           THE COURT:  By?
4           MR. SAUNDERS:  By the -- there's a systematic
5   course of looking the other way by the individuals and
6   officials, rather, who had the obligation to monitor and
7   enforce the rules and regulations that I'm talking about,
8   both federal and state.
9           THE COURT:  But the problem that I'm having is
10  that even if I grant you all of that, the problem is what's
11  the box, the litigation box to put it in?  Clearly there was
12  a claim against the companies with whom Duxbury
13  participated?
14          MR. SAUNDERS:  Correct.
15          THE COURT:  And they could bring, I suppose, a
16  pendent state claims here against those companies, although
17  there would be a statute limitations of issue you'd have to
18  get around, then there would be a box as the state agency's
19  obligations as to which the state agency says if you're
20  pinning our obligations on an intentional discrimination
21  theory, you're not, that doesn't work that.
22          MR. SAUNDERS:  We concede that.
23          THE COURT:  The failure to enforce essentially an
24  affirmative action or even just the failure to enforce some
25  of these regulations has a desperate impact on women and

1    minorities, and so the problem is though that's a Title 6

2    box as to which there's no private right of action.

3              MR. SAUNDERS:  Correct.

4              THE COURT:  That's the category we're stuck in.

5              MR. SAUNDERS:  Correct.  We are stuck except that

6    we have suggested in our papers that there is a theory

7    called a private attorney general or private where my client

8    is standing in the shoes of these individuals who will not

9    step up to the plate.  She is stepping up to the plate.

10             We've cited to you a Massachusetts case and a

11   First Circuit case that recognizes the private attorney

12   general.  I'll make the representation to the Court that I

13   have used that concept in other settings with success.  I

14   ask that the Court looking at the important public policies

15   issues that we are confronted here with that my colleagues

16   on this side of the aisle refuse to acknowledge that my

17   client is a private attorney general who is set to vindicate

18   the policies and procedures and rules and regulations that

19   the Federal Government mandated on the money that these

20   folks have already spent.

21             THE COURT:  How is that any different, how is that

22   any different than the Title 6 argument?  In other words,

23   Title 7, for example, was always enforceable by

24   individuals --

25             MR. SAUNDERS:  Correct.

1   it then stops when she filed her Complaint, we suggest it
2   begins to run again once the foyer material was received,
3   which was in April of 2004.  When you put those months
4   together, it is under three years.  Does it apply to all the
5   defendants?  I think so because they are in this together.

6              THE COURT:  The fact that the state defendants
7   were the subject of the federal defendant's investigation
8   doesn't mean that the state defendants were responsible for
9   the delay in the federal defendants' investigation, at least
10  there's nothing to indicate that.

11             MR. SAUNDERS:  At this point, I can't --

12             THE COURT:  Assuming the right of action is out of
13  this, assuming I don't accept your private attorney
14  general's issue, then to some degree the claim with respect
15  to the state defendants is this due process claim; with
16  respect to the federal defendants it's the delay in the
17  investigation.  You're not claiming that the state
18  defendants were in any way complicit in the federal delay in
19  the investigation?

20             MR. SAUNDERS:  The reason I hesitated when you
21  said that, your Honor, is because I don't have any documents
22  at this point that suggest that the federal folks, when they
23  came here to do their investigation, experienced delays in
24  getting information from the state, but I'm not willing to
25  concede that that didn't happen, but I don't have for the

1    purposes of this hearing, I can't make that representation

2    to the Court, I can't do that and I won't do that.

3            I wanted to just briefly touch the due process

4    property interest issue.

5            THE COURT:  And the causation question?

6            MR. SAUNDERS:  Yes.  Let me do those in that

7    order, if I might, your Honor.  My client is a certified

8    WBE.  That certification is the result of a public policy,

9    she met certain criteria so she is not like any other

10   contractor, she has a particular classification and

11   recognition of a status.  So that when we're talking about

12   the contracts that she has an opportunity to enter into, she

13   is a certified WBE.  She is not all the other contractors,

14   the 80 percent of the other contractors who are doing arm's

15   length negotiations.

16           THE COURT:  She has a protected.

17           MR. SAUNDERS:  She is a WBE for a reason.

18           THE COURT:  How do I deal with the contracts that

19   she entered into before she was certified?

20           MR. SAUNDERS:  She entered into -- those contracts

21   are difficult, I appreciate that.

22           THE COURT:  So, for the most part, we're talking

23   about contracts after the status and the protections that

24   accrued as part of that?

25           MR. SAUNDERS:  That's correct.