UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DUXBURY TRUCKING, INC.,**<br>    Plaintiff,<br><br>v.<br><br>**MASSACHUSETTS HIGHWAY DEPARTMENT,**<br>**MASSACHUSETTS TURNPIKE AUTHORITY,**<br>**EDWARD W. MORRIS, JR.,** Federal<br>Highway Administration, (Former)<br>Associate Administrator for Civil<br>Rights, **BRENDA ARMSTEAD,** Federal<br>Highway Administration, Equal<br>Opportunity Specialist, **ARTHUR**<br>**("GENE") ARMSTEAD,** Federal Highway<br>Administration, Civil Rights Team,<br>**STANLEY GEE,** Federal Highway<br>Administration, District<br>Administrator, **COMMONWEALTH OF**<br>**MASSACHUSETTS, FEDERAL HIGHWAY**<br>**ADMINISTRATION,**<br>    Defendants. | C.A. No. 04-12118 |

**GERTNER, D.J.:**

### ORDER RE: MOTIONS TO DISMISS
### September 13, 2005

For the reasons set forth in the accompanying Memorandum and Order, the state agencies' motions to dismiss [docket entries ## 18, 22] are hereby **GRANTED** in part and **DENIED** in part, and the federal agency's motion to dismiss [docket entry # 9] is hereby **DENIED**. The state agencies' motions to dismiss will be granted fully, unless plaintiff can demonstrate within **60 DAYS** that equitable estoppel should apply to its state claims. By **October 21, 2005**, plaintiff may conduct limited discovery on the equitable estoppel issues and file supplemental materials, to

which defendants shall respond by **November 4, 2005**. In addition, the federal defendants may file a supplemental brief on immunity by **October 21, 2005**, to which plaintiff shall respond by **November 4, 2005**.

Finally, plaintiff's motion to amend its complaint [docket entry # 26] is hereby **GRANTED** in part and **DENIED** in part. It is **GRANTED** with respect to all changes, except those pertaining to paragraphs 57 and 60 of the complaint, because the sex discrimination count has been dismissed.

**SO ORDERED.**

**Date: September 13, 2005**             **/s/NANCY GERTNER, U.S.D.J.**