UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
DUXBURY TRUCKING, INC.,            )
                                   )
    Plaintiff,                     )
                                   )
    v.                             )
                                   )
MASSACHUSETTS HIGHWAY DEPARTMENT,  )
MASSACHUSETTS TURNPIKE AUTHORITY,  )
EDWARD W. MORRIS, JR., Federal     )
Highway Administration, (Former)   )
Associate Administrator for Civil  )   C.A. No. 04-12118
Rights, BRENDA ARMSTEAD, Federal   )
Highway Administration, Equal      )
Opportunity Specialist, ARTHUR     )
("GENE") ARMSTEAD, Federal Highway )
Administration, Civil Rights Team, )
STANLEY GEE, Federal Highway       )
Administration, District           )
Administrator, COMMONWEALTH OF     )
MASSACHUSETTS, FEDERAL HIGHWAY     )
ADMINISTRATION,                    )
                                   )
    Defendants.                    )
_____)
GERTNER, D.J.:

## JUDGMENT

Upon defendant Massachusetts Highway Department's motion [docket entry # 34] and this Court's determination that there is no just reason for delay, it is hereby **ORDERED AND ADJUDGED** that judgment be entered for defendant Massachusetts Highway Department in accordance with this Court's order of September 13, 2005 [docket entry # 33] dismissing plaintiff's due process claim

-1-

against the defendant in its capacity as a state agency.

**SO ORDERED.**

**Dated: September 26, 2005**          **  s/ NANCY GERTNER U.S.D.J.  **