UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Duxbury Trucking, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Massachusetts Highway Department, et al.,<br><br>    Defendants. | Civil Action No. 04-12118-NG |

### DUXBURY TRUCKING INC.'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO SUPPLEMENT THE RECORD

NOW COMES Plaintiff, Duxbury Trucking, Inc., by and through its counsel, Shaheen & Gordon, P.A., and respectfully requests that this Court grant an extension of time for Duxbury Trucking to supplement the record as required in the Court's Order of September 13, 2005, and in support thereof states as follows:

1. The Court's September 13, 2005 Memorandum and Order re: Motion to Dismiss states "[T]his Court **GRANTS** plaintiff until **October 21, 2005**, to supplement the record for the purposes of making out a claim that the state defendants were somehow complicit in the FHA's allegedly misleading assurances to Duxbury, and that the law recognizes the state's actions as warranting equitable tolling of the statute of limitations on the due process claim." (p. 34) (emphasis in original).

2. Shortly after the Court issued its Order in this matter, counsel for the Plaintiff received a telephone call from a lawyer within the Federal Highway Administration ("FHA") stating that Plaintiff's pending March 2004 Freedom of

Information Act ("FOIA") request would be responded to and that Plaintiff's counsel should expect the materials so produced "soon."

3.     To date Plaintiff's counsel has not received any of the promised FOIA materials from FHA despite a follow up request.

4.     Counsel for Plaintiff was hopeful that the promised documents would contain the information necessary for Plaintiff to meet its obligation to supplement the record as noted in paragraph 1 above.

5.     Having failed to receive the documents, counsel for Plaintiff has spoken with counsel for the state defendants who have agreed to a concise, informal discovery process to allow Plaintiff to make its best efforts to meet its obligation to supplement the record. It is anticipated that the informal discovery will take approximately one month. Counsel for Plaintiff recognizes that it may take some time for the state defendants to do a due diligence review of their files given the passage of time and likely change in personnel. Counsel for Plaintiff requests that the Court grant an extension of time for Plaintiff to supplement the record, such extension to be not longer than 45 days absent extraordinary circumstances.

6.     By the filing of this motion, Duxbury Trucking agrees that the Massachusetts Turnpike Authority may delay filing its Answer while the parties proceed with the informal discovery requests.

7.     Peter N. Kochansky, counsel for the Massachusetts Turnpike Authority and David B. Stanhill, counsel for the Massachusetts Highway Department have each consented to this motion and the requested relief. Note that counsel for Plaintiff

recognizes that the Court has dismissed the Massachusetts Highway Department as a named party and contacted Attorney Stanhill as a matter of courtesy.

    8.    No memorandum of law is necessary as the granting of this motion is within the discretion of the Court.

    WHEREFORE, Duxbury Trucking, Inc. respectfully requests that this Honorable Court:

    a)    Grant Duxbury Trucking, Inc.'s Motion for Extension of Time of 45 days to respond to the Court's Order to supplement the record;

    b)    Order Duxbury Trucking to supplement the record on or before December 6, 2005;

    c)    Order the Massachusetts Turnpike Authority's response to the Duxbury Trucking's supplement to the record be filed on or before December 20, 2005; and

    d)    Grant any other relief that this Court deems just and proper.

Respectfully submitted,

Duxbury Trucking, Inc.
By Its Attorneys:
SHAHEEN & GORDON, P.A.

DATED: October 17, 2005    /s/ Arpiar G. Saunders, Jr._____
Arpiar G. Saunders, Jr.
Bar No. 442860
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
asaunders@shaheengordon.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the above document was served on October 17, 2005 by U.S. Mail, postage prepaid to Neil V. McKittrick, Esq., Peter N. Kochansky, Esq., Goulston & Storrs, PC, 400 Atlantic Avenue Boston, MA 02110; David B. Stanhill, Esq., Assistant Attorney General, One Ashburton Place, Room 1813, Boston, MA 02108; and Damian W. Wilmot, AUSA, U.S. Attorney's Office, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02110

            /s/ Arpiar G. Saunders, Jr._____
            Arpiar G. Saunders, Jr.

F:\Data\clients\Duxbury Trucking Company, Inc\Assented-To Motion for extension of time.doc