To: Department of Transportation
Washington, D.C.

From: Susan H Martinsen
83 Blodgett Ave.
Duxbury, Ma 02332

Sept 27, 2000

To: Whom It May Concern,

As a failure of the Mass. Highway Dept. (Big Dig) to make sure that their contractors were complying with Mass. Prevailing Wage laws and the Project Labor Agreement, there was no opportunity to work in trucking on the Big Dig legally.

I have never gotten as much as a parking ticket in my life then was told in order to be paid I would have to falsify documents under "the pains and penalties of perjury."

I was discriminated against as a law abiding female certified WBE/DBE by being unable to work on the Big Dig legally.

As a result of Mass. Highway/Big Dig allowing this to go on, I lost my equipment because I had to park it and am on the verge of declaring bankruptcy.

I am able to prove that my company took the forefront in the battle in turning this around by contacting numerous state and federal elected officials, Federal Highway Administration, Inspector General, USDOT, FBI, Department of Labor and Racketeering, Dept. of Labor, the news media, etc..

is a DBE, the regulations during this period of time read "maximum opportunity". I would certainly hope that it is a maximum opportunity by obeying the law.

Sincerely,
Susan H. Martinsen