Federal Highway Adm 10/12/2005 2:03 PAGE 2/15 Fax: 518.431.4121
Case 1:04-cv-12118-NG   Document 37-11   Filed 10/21/2005   Page 1 of 2

10/07/05 16:42 FAX 202 366 7499    CHIEF COUNSEL
Received 10/07/2005 04:31PM in 05:58 on line [1] for GENERAL_DELIVERY * Pg 2/15
☒002

# SHAHEEN & GORDON
### PROFESSIONAL ASSOCIATION

Arpiar G. Saunders, Jr.
*Attorney at Law*

Offices
Dover, NH
Concord, NH

June 23, 2003

Frederick G. Wright, Executive Director
Federal Highway Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 4218
Washington, DC 20590

Re:   *Freedom of Information Act (FOIA) Request*

Dear Mr. Wright:

In accordance with the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, I am writing to request copies of all documents in the possession of the United States Department of Transportation, Federal Highway Administration ("USDOT") concerning the investigation into Duxbury Trucking, Inc.'s September 27, 2000 Complaint against the Massachusetts Highway Department and USDOT's subsequent investigation into Duxbury Trucking, Inc.'s request for reconsideration of USDOT's findings dated April 1, 2003.

For purposes of this request, the term "document" includes, without limitation, all correspondence memoranda, inter- and intra-agency communications, minutes, reports, notes, schedules, analyses, photographs, contracts, proposals, and all other documents tangible or retrievable of any kind.

As provided under the FOIA, I anticipate receiving a reply to this request within ten (10) working days. In the event that a determination is made that some or all of the documents requested are exempt from disclosure under FOIA, please identify those documents withheld and the basis for the USDOT's exemption in each such instance. Finally, please provide me with a copy of all non-exempt material to the extent that such material is reasonably segregable from material claimed by the USDOT to be exempt from disclosure.

To expedite process of this request, kindly notify me, as soon as possible, regarding the

Federal Highway Adm 10/12/2005 2:03 PAGE 3/15 Fax: 518.431.4121
Case 1:04-cv-12118-NG  Document 37-11  Filed 10/21/2005  Page 2 of 2

10/07/05 16:42 FAX 202 366 7499  CHIEF COUNSEL
Received 10/07/2005 04:31PM in 05:58 on line [1] for GENERAL_DELIVERY * Pg 3/15
☑003

Frederick G. Wright, Executive Director
Federal Highway Administration
U.S. Department of Transportation
Page 2 of 2
June 23, 2003

availability and cost of these documents prior to copying. Please do not hesitate to call me at 603-225-7262 should you need additional information to process this request.

Very truly yours,

Arpiar G. Saunders, Jr.
asaunders@shaheengordon.com

AGS/jdb
cc: William E. Christie, Esq.
    Duxbury Trucking, Inc.
    Jo Anne Robinson, Esq., Office of Chief Counsel, Federal Highway Administration

F:\DATA\CLIENTS\DUXBURY TRUCKING COMPANY, INC\FOIA REQUEST 6-23-03.DOC