Federal Highway Adm 10/12/2005 2:03 PAGE 4/15 Fax: 518.431.4121
Case 1:04-cv-12118-NG  Document 37-12  Filed 10/21/2005  Page 1 of 1

10/07/05 16:43 FAX 202 366 7499  Received 10/07/2005 04:31PM in 05:58 on line [1] for GENERAL_DELIVERY * Pg 4/15
CHIEF COUNSEL                                                                 ☒004

# SHAHEEN & GORDON
PROFESSIONAL ASSOCIATION

Arpiar G. Saunders, Jr.
Attorney at Law

*Offices*
Dover, NH
Concord, NH

June 26, 2003

Frederick G. Wright, Executive Director
Federal Highway Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 4218
Washington, DC 20590

Re: Freedom of Information Act Request

Dear Mr. Wright:

In accordance with the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, I am writing to specifically request a copy of the Memorandum dated June 23, 2003 from the Cambridge Office of the Federal Highway Administration addressed to Edward Morris, Jr., pertaining to the "Big Dig" project trucking issue and payment issue related to same.

As provided under the FOIA, I anticipate receiving a reply to this request within ten (10) working days. In the event that a determination is made that the document requested is exempt from disclosure under FOIA, please advise as to the basis for the USDOT's exemption. Finally, please provide me with a copy of all non-exempt material to the extent that such material is reasonably segregable from material claimed by the USDOT to be exempt from disclosure.

To expedite process of this request, kindly notify me, as soon as possible, regarding the availability and cost of this document prior to copying. Please do not hesitate to call me at 603-225-7262 should you need additional information to process this request.

Sincerely yours,

Arpiar G. Saunders, Jr.
asaunders@shaheengordon.com

AGS/jdt
cc: William E. Christie, Esq.
    Duxbury Trucking, Inc.
    Jo Anne Robinson, Esq., Office of Chief Counsel, Federal Highway Administration

F:\DATA\CLIENTS\DUXBURY TRUCKING COMPANY, INC\FOIA 6-25-03.DOC

Two Capital Plaza / PO Box 2703 / Concord, NH 03302-2703 / 603.225.7262 / NH 800.281.4411 / Fax 603.225.5112 / concord@shaheengordon.com