Federal Highway Adm 10/12/2005 2:03 PAGE 5/15 Fax 512 431 4121
Case 1:04-cv-12118-NG    Document 37-13    Filed 10/21/2005    Page 1 of 1

10/07/05   16:43 FAX 202 366 7498   CHIEF COUNSEL
Received 10/07/2005 04:31PM in 05:58 on line [1] for GENERAL_DELIVERY * Pg 5/15
☒ 005



# SHAHEEN & GORDON
PROFESSIONAL ASSOCIATION

**FAXED**

Arpiar G. Saunders, Jr.
Attorney At Law

Offices
Dover, NH
Concord, NH

October 3, 2003

*Via: Facsimile Transmission (202) 366-1599 and U.S. Postal Service*

Edward W. Morris, Jr., Associate Administrator for Civil Rights
U.S. Department of Transportation
Federal Highway Administration
400 Seventh St. S.W.
HCR-1 Room 4132
Washington, DC 20590

RE:  Susan Martinsen/Duxbury Trucking, Company, Inc.
     Complaint # DOT 2001-0003: FOIA Request 2003-0100

Dear Mr. Morris:

We have received your communication of September 22, 2003 with the estimate of FOIA fees.

I write on behalf of Susan Martinsen and Duxbury Trucking Company, Inc. and request an explanation of the purported 34 hours at a cost of $1,233.00 to "search" and "review" the file or files in this matter. It is my understanding that the Martinsen/Duxbury Trucking Company, Inc. Complaint has been on your desk for approximately two years. As a result, I am at a loss to understand why it would require 34 hours to search and review the file to identify the requested documents. I would appreciate your explanation of that time and cost.

We fully expect that the materials produced will include the Minutes and/or Memorandum of a meeting on December 17 or 18, 2002, between yourself, Peter Silva, Arthur Armstadt and Attorney Robinson regarding the Martinsen/Duxbury Trucking Company Inc. Complaint. I would appreciate a return acknowledgement that such minutes or memos do exist and are being produced. I look forward to your response.

Very truly yours,

Arpiar G. Saunders, Jr.
asaunders@shaheengordon.com

AGS/llp
cc:  Susan Martinsen, Duxbury Trucking Company, Inc.
     JoAnne Robinson, Esquire, Office of Chief Counsel, Federal Highway Administration

F:\DATA\CLIENTS\DUXBURY\MORRIS\100303