Federal Highway Adm 10/12/2005 2:03 PAGE 6/15 Fax 518 431 4121
Case 1:04-cv-12118-NG    Document 37-15    Filed 10/21/2005    Page 1 of 2
10/07/05 16:43 FAX 202 366 7499   Received 10/07/2005 04:31PM in 05:58 on line [1] for GENERAL_DELIVERY * Pg 6/15
CHIEF COUNSEL                                         ☐008



## SHAHEEN & GORDON
### PROFESSIONAL ASSOCIATION

Arpiar G. Saunders, Jr.
*Attorney At Law*

*Offices*
Dover, NH
Concord, NH

March 29, 2004

Charles Klemstein, Acting Director
Office of Civil Rights
Federal Highway Administration
400 Seventh Street, SW, Room 4218
HCR-1 Room 4132
Washington, DC 20590

RE: Susan Martinsen/Duxbury Trucking Company, Inc.: Freedom of Information Act Request

Dear Mr. Klemstein:

As you are probably aware, this office represents Susan Martinsen and Duxbury Trucking Company, Inc.

Recently we received a response from your office to our Freedom of Information Act requests. We have now had an opportunity to review the documents which were produced and ask why the following documents were not included in the production:

- Draft investigative report of Ms. Martinsen's Complaint prepared by Peter Silva, assigned FMHA Investigator.
- Draft report regarding the Complaint from Ms. Brenda Armstead, FMHA, a report purportedly prepared after review of Mr. Silva's report.
- Documents including notes, reports, memos, etc. from either Investigators Silva or Armstead evidencing their investigative activities and review of the Complaint, their resulting analysis and recommendations.
- Report from Mr. Edward Morris, former Administrator, Civil Rights Office. While there are some notes that Mr. Morris prepared, there is no report or review analysis by Mr. Morris which we understand he would have prepared in order to issue his February 27, 2003 findings.
- Documents, memos, correspondence and the like from original investigator Peter Silva, his immediate supervisor Gene Armstead or their supervisor regarding the Complaint, investigative activities, recommendations and the like.

137 Storrs Street / PO Box 2703 / Concord, NH 03302-2703 / 603.225.7262 / NH 603.281.4411 / Fax 603.225.5112 / concord@shaheengordon.com

Federal Highway Adm 10/12/2005 2:03 PAGE 7/15 Fax: 518.431.4121
Case 1:04-cv-12118-NG   Document 37-15   Filed 10/21/2005   Page 2 of 2

Received 10/07/2005 04:31PM in 05:58 on line [1] for GENERAL_DELIVERY * Pg 7/15
10/07/05 16:44 FAX 202 366 7499   CHIEF COUNSEL                                ☑007

Arplar G. Saunders, Jr. to Charles Klemstein, Acting Administrator for Civil Rights
March 29, 2004
Page 2 of 3

- A copy of a purported "condensed" report prepared sometime in 2001 by Mr. Silva and Gene Armstead with regard to the Complaint and resulting investigation.
- Documents which reflect the analysis of facts and law which evidence how the February 27, 2003 decision of "no discrimination" was reached.
- Documents reflecting the interchange between the Office of Civil Rights and Deputy Legal Counsel regarding the process to be followed with regard to the Complaint including timeliness, legal issues and findings.

We request your immediate attention to this matter, and ask that you cause a review once again of the Susan Martinsen-Duxbury Trucking Company, Inc. file and provide a detailed response with documents to each of the above-noted "bulleted" issues.

Very truly yours,

Arplar G. Saunders, Jr.
asaunders@shaheengordon.com

AGS/bg
cc: Susan Martinsen, Duxbury Trucking Company, Inc.
    Gail Browne, Office of Inspector General, Federal Highway Administration

F:\Data\clients\Duxbury Trucking Company, Inc\Klemstein 032604.doc