UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUXBURY TRUCKING INC., :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>MASSACHUSETTS HIGHWAY DEPARTMENT, :<br>MASSACHUSETTS TURNPIKE AUTHORITY, :<br>EDWARD W. MORRIS, JR. Federal Highway :<br>Administration, (Former Associate Administrator :<br>For Civil Rights), BRENDA ARMSTEAD, Federal :<br>Highway Administration, Equal Opportunity :<br>Specialist, ARTHUR ("GENE") ARMSTEAD, :<br>Federal Highway Administration, Civil Rights :<br>Team, STANLEY GEE, Federal Highway :<br>Administration, District Administrator, :<br>COMMONWEALTH OF MASSACHUSETTS, :<br>FEDERAL HIGHWAY ADMINISTRATION, :<br>:<br>Defendants. : | C.A. No. 04-12118(NG) |

## SUPPLEMENTAL DECLARATION OF PETER SILVA

PETER SILVA, declares and states under penalty of perjury as follows:

1. I executed a declaration in this matter on October 20, 2005, which the United States filed on October 21, 2005. After the United States filed my declaration, which concerned the time period from when Arthur Armstead, the Civil Rights Team Leader for the Eastern Resource Center, assigned me to investigate Duxbury Trucking Inc.'s complaint in March 2001 to the time when I submitted my draft report to Edward Morris, the Director of Civil Rights, in September 2001, I recalled an incident that causes me to

clarify a statement I made in the last sentence of paragraph 2 of my declaration.

2. In fact, in March 2003, approximately eighteen (18) months after I sent my report to the Civil Rights Office in Washington and after that Office issued a letter of finding to the complainant, my immediate supervisor, Mr. Armstead approached me and asked me to change my report to support the team. However, I objected to the request and sought assistance from the Director of the Eastern Resource Center, Mr. Robert Callan. Messrs Callan, Armstead and myself met to discuss the matter. Mr. Callan also met with Mr. Armstead separately without my presence. I have had no further discussions with Mr. Callan or Mr. Armstead concerning Mr. Armstead's request. I never changed the report nor did I discuss the incident with Mr. Morris or anyone else from the Office of Civil Rights. There were no other discussions with any other person about changing my report other than the one cited in this supplemental declaration.

PETER SILVA _____

DATED: _____October 25, 2005_____