UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Duxbury Trucking, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Massachusetts Highway Department, et al., )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 04-12118-NG |

### DUXBURY TRUCKING INC.'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO FEDERAL HIGHWAY ADMINISTRATION'S MOTION TO DISMISS

NOW COMES Plaintiff, Duxbury Trucking, Inc., by and through its counsel, Shaheen & Gordon, P.A., and respectfully requests that this Court grant an extension of time for Duxbury Trucking to respond to the Federal Highway Administration's Motion to Dismiss until November 18, 2005.  In support thereof Plaintiff states as follows:

1. Plaintiff, Duxbury Trucking, Inc., received Defendant Federal Highway Administration's Motion to Dismiss individual federal defendants on October 21, 2005.

2. Duxbury Trucking requests a 14-day extension of time until November 18, 2005 to respond to Defendant's Motion.

3. Damian W. Wilmot, AUSA, federal defendants' counsel assents to the extension and agrees that Duxbury Trucking's response will be due to this Court on Friday, November 18, 2005.

4. Due to the nature of this Motion, no memorandum of law is necessary.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

a) Grant Duxbury Trucking, Inc. an extension of 14 days or until November 18, 2005 to respond to Defendant's Motion to Dismiss; and

b) Grant any other relief that this Court deems just and proper.

Respectfully submitted,

Duxbury Trucking, Inc.
By Its Attorneys:
SHAHEEN & GORDON, P.A.

DATED:  November 1, 2005                    /s/ Arpiar G. Saunders, Jr._____
                                            Arpiar G. Saunders, Jr.
                                            Bar No. 442860
                                            107 Storrs Street
                                            P.O. Box 2703
                                            Concord, NH 03302-2703
                                            (603) 225-7262
                                            asaunders@shaheengordon.com

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on November 1, 2005 by U.S. Mail, postage prepaid to Neil V. McKittrick, Esq., Peter N. Kochansky, Esq., Goulston & Storrs, PC, 400 Atlantic Avenue Boston, MA 02110; David B. Stanhill, Esq., Assistant Attorney General, One Ashburton Place, Room 1813, Boston, MA 02108; and Damian W. Wilmot, AUSA, U.S. Attorney's Office, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02110

                                            /s/ Arpiar G. Saunders, Jr._____
                                            Arpiar G. Saunders, Jr.