| | |
|---|---|
| From: | Ed Morris |
| To: | Armstead, Brenda; Klemstine, Charles |
| Date: | Mon, Jul 30, 2001 11:06 AM |
| Subject: | Fwd: Central Artery Complaint (Duxbury Trucking, Inc) |

Charles/Brenda;



Isler -009

From: Pete Silva
To: Armstead Brenda; Brenda Armstead
Date: 10/31/01 1:15PM
Subject: Re: Duxbury Trucking

Hi Brenda,



back-

Isler -010



(b)(2)
(b)(5)

cc:     Armstead, Arthur

**From:** Brenda Armstead
**To:** Silva, Pete
**Date:** 11/14/01 10:09AM
**Subject:** Questions about Duxbury

Good Morning Pete:



**CC:** Armstead, Arthur



Isler -012

| | |
|---|---|
| From: | Pete Silva |
| To: | Armstead, Brenda |
| Date: | 11/14/01 7:11PM |
| Subject: | Duxbury Case File Questions |

Good Morning Brenda,



CC:	Armstead, Arthur;  Callan, Robert

Isler -013

| | |
|---|---|
| From: | Pete Silva |
| To: | Morris, Ed |
| Date: | 11/18/01 8:18PM |
| Subject: | Re: Duxbury Summary |



CC:     Armstead, Arthur; Armstead, Brenda; Callan, Robert

From:     Ed Morris
To:       Silva, Pete
Date:     11/19/01 9:25AM
Subject:  Re: Duxbury Summary

Peter;



\>\>\> Pete Silva 11/18/01 08:17PM \>\>\>

Isler -015

| | |
|---|---|
| From: | Arthur Armstead |
| To: | Silva, Pete |
| Date: | 2/13/02 8:11AM |
| Subject: | Re: Duxbury Trucking Meeting (2-6-02) |

Pete:



Isler -016

>>> Pete Silva 02/12/02 12:26PM >>>



██████████████████████████████████

>>> Arthur Armstead 2/12/02 8:11:25 AM >>>
Pete:

██████████████████████████████████

>>> Pete Silva 02/06/02 11:08PM >>>
Hi John,

██████████████████████████████████

CC:     Callan, Robert

Isler -019