**From:** Pete Silva
**To:** Armstead, Arthur
**Date:** 2/13/02 9:47AM
**Subject:** Re: Duxbury Trucking Meeting (2-6-02)

Good Morning,

>>> Arthur Armstead 2/13/02 8:11:22 AM >>>
Pete:

#8

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

>>> Pete Silva 02/12/02 12:26PM >>>

[redacted]

[Page contents redacted]

Isler -022

>>> Arthur Armstead 2/12/02 8:11:25 AM >>>
Pete:

>>> Pete Silva 02/06/02 11:08PM >>>
Hi John,

**CC:** Callan, Robert

From: Ed Morris
To: Armstead, Arthur
Date: 2/26/02 4:03PM
Subject: Fwd: Re: Duxbury

Arthur;

>>> Arthur Armstead 02/26/02 02:09PM >>>
Ed:

CC: Armstead, Brenda

**From:** Arthur Armstead
**To:** Morris, Ed
**Date:** 2/26/02 12:45PM
**Subject:** Re: Sue Martinson Complaint

Ed:

>>> Ed Morris 02/26/02 12:40PM >>>
Arthur;

>>> Arthur Armstead 02/26/02 11:35AM >>>
Ed:

>>> Ed Morris 02/26/02 11:00AM >>>

#1



**From:** Arthur Armstead
**To:** Morris, Ed
**Date:** 2/26/02 11:35AM
**Subject:** Re: Sue Martinson Complaint

Ed:

>>> Ed Morris 02/26/02 11:00AM >>>

#11

**From:** Arthur Armstead
**To:** Silva, Pete
**Date:** 2/26/02 12:59PM
**Subject:** Duxbury

Pete:

#12



**From:** Ed Morris
**To:** Armstead, Arthur
**Date:** 2/26/02 12:40PM
**Subject:** Re: Sue Martinson Complaint

Arthur;

[redacted]

[redacted]

>>> Arthur Armstead 02/26/02 11:35AM >>>
Ed:

[redacted]

[redacted]

[redacted]

>>> Ed Morris 02/26/02 11:00AM >>>

[redacted]

[redacted]

[redacted]

**CC:** Armstead, Brenda

**From:** Pete Silva
**To:** Armstead, Arthur
**Date:** 2/26/02 1:26PM
**Subject:** Re: Duxbury

Hi Art,

>>> Arthur Armstead 2/26/02 12:59:30 PM >>>
Pete: