| | |
|---|---|
| From: | Ed Morris |
| To: | Armstead, Arthur; Armstead, Brenda |
| Date: | 2/26/02 11:00AM |
| Subject: | Sue Martinson Complaint |



Isler -031

| | |
|---|---|
| From: | Arthur Armstead |
| To: | Morris, Ed |
| Date: | 2/26/02 2:09PM |
| Subject: | Fwd: Re: Duxbury |

Ed:



From:     Arthur Armstead
To:       Morris, Ed
Date:     2/27/02 8:56AM
Subject:  Fwd: Re: Duxbury

Ed:



>>> Ed Morris 02/26/02 04:03PM >>>
Arthur;



>>> Arthur Armstead 02/26/02 02:09PM >>>
Ed:



Isler -033



CC:        Armstead, Brenda

Isler -034

From:     Ed Morris
To:       Freeman<OIG>, Malik J
Date:     2/28/02 12:21PM
Subject:  Unauthorized Disclosure of Investigative Files

** Confidential **



Isler -035

#18

CC:        Armstead, Brenda

Isler -036

**From:** Joanne Robinson
**To:** Morris, Ed
**Date:** 9/9/02 10:33AM
**Subject:** Outline on Duxbury Trucking Investigative Report and Findings

Ed:



**CC:** Aikens, Harold

# Morris, Ed

**From:** Robinson, JoAnne
**Sent:** Thursday, August 14, 2003 9:49 AM
**To:** Morris, Ed
**Cc:** Kussy, Edward; Aikens, Harold
**Subject:** Duxbury Trucking

Ed,

Yesterday I received from Ms. Martinsen's attorney a courtesy copy of a letter sent to the attention of J. Michael Wiggins, Assistant Attorney General, at DOJ asking for the appointment of a Compliance Master "to address the failure of the Massachusetts Turnpike Authority (MTA) and the Massachusetts Highway Department (MHD), both agencies recipients of federal funds, to enforce the provisions of Title VI resulting in discrimination against Duxbury Trucking Company, Inc. and other certified minority business enterprises." The letter goes on to say that "FHWA has . . . become part of the problem by its apparent complicity with state agencies to refuse to be bound by and enforce Title VI. . . . The denial of fairness by FHWA and the apparent conflict of interest between the FHWA Civil Rights Office and Administrators within FHWA and their obligations to enforce Title VI mandates that a Compliance Master be appointed to ensure that all parties in this matter are treated fairly, and that there is no actual or appearance of a conflict of interest with regard to the enforcement of Title VI on the CA/T project."

Isler -038

1

