UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Duxbury Trucking, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Massachusetts Highway Department, et al., <br><br> Defendants. | Civil Action No. 04-12118-NG |

### AFFIDAVIT OF LINDA REED

I, Linda Reed, being duly sworn states as follows:

1. I reside at 383 Stream Road, Monroe, ME 04951.

2. I was President of Reed Equipment from 1997 to 2003.

3. I spoke with Mr. Edward Morris on April 5, 2002. At that time Mr. Morris was the Director of the Office of Civil Rights.

4. I expressed concerns about how the CA/T project in Boston was being handled.

5. I was led to believe that Mr. Morris was already investigating on behalf of Duxbury Trucking and he was expecting "positive results."

6. Mr. Morris told me he would formulate an affidavit and send it to me.

7. Mr. Morris stated he would "tag" my complaint onto Susan Martinsen's to strengthen both of our complaints.

8. I was told by Mr. Morris that he would investigate why I had been denied certification as a WBE.

1

9.  I contacted Mr. Morris again on May 13, 2002 to let him know about an ad for trucks to work in the Route 3 project which appeared in the <u>Boston Globe</u> on May 5, 2002.

10. I was not able to put my trucks on that project as they were only hiring owner/operators.

11. I met with Mr. Morris in August 2002 and came away less confident that he was really conducting an investigation.

12. After not hearing any further from Mr. Morris, I called him in March 2003.

13. I came to the conclusion that he was only blowing smoke my way. I felt he had no intention of doing a thing for Susan Martinsen or myself.

14. As a result of getting nowhere fast with Mr. Morris, I have lost my business and still have no answers as to whom is responsible for enforcing the laws.

15. I have attached copies of my notes and letters to Mr. Morris as Exhibit A to this affidavit.

Dated: November 16, 2005

_____
Linda Reed

STATE OF MAINE
COUNTY OF Penobscot

Before me, on this 16 day of November, 2005, personally appeared the above-subscribed Linda Reed and made oath that the foregoing statements are true and accurate to the best of her knowledge, information and belief.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Notary Public/Justice of the Peace

My Commission Expires:

KATE M. FOURNIER
Notary Public • State of Maine
My Commission Expires May 20, 2011

F:\Data\clients\Duxbury Trucking Company, Inc\Affidavit of Linda Reed.doc

3