UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Duxbury Trucking, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Massachusetts Highway Department, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12118-NG |

**AFFIDAVIT OF STEVE TROIANO**

I, Steve Troiano, being duly sworn states as follows:

1. I reside at 149 Derby Street, Worcester, MA 01604.

2. In mid-December 2001, I was the supervisor inspector for the Massachusetts Attorney General's Office of Fair Labor and Business Practices Division.

3. During that time, I received a telephone call from Ed Morris who stated he was the head of Civil Rights for Federal Highway and that he was inquiring about prevailing wage complaints in the area of trucking on the Big Dig.

4. I told Mr. Morris that there were roughly 100 complaints of underpayment.

5. Mr. Morris stated he would make a note of it and stated that the call was triggered by a complaint of discrimination by Sue Martinsen of Duxbury Trucking.

6. Mr. Morris then went on to state "I've not looked at the complaint yet and I'm going out on sick leave at the end of the month." Mr. Morris further stated "but I do see discrimination."

1

7. By mid-December 2001, Sue Martinsen's husband, Roy Martinsen, and I had gotten to know each other, although not always agreeing with each other; we were both working toward the same goal – straightening out prevailing wage problems on the Big Dig.

8. Later in the afternoon, after my telephone conversation with Mr. Morris, Mr. Martinsen called and I told him what Mr. Morris had said and Mr. Martinsen came unglued and stated that he had been told just that morning that Mr. Morris had gone all through the case and would have an answer before Christmas.

Dated: November 16, 2005

_____
Steve Troiano

STATE OF MASSACHUSETTS
COUNTY OF *Worcester*

    Before me, on this *16* day of November, 2005, personally appeared the above-subscribed Steve Troiano and made oath that the foregoing statements are true and accurate to the best of his knowledge, information and belief.

                                        Notary Public/Justice of the Peace
                                        *Francis J. Trapasso*

My Commission Expires:

*February 5th, 2010*

F:\Data\clients\Duxbury Trucking Company, Inc\Affidavit of Steve Troiano.doc

3