UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Duxbury Trucking, Inc., )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff, 　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>Massachusetts Highway Department, et al., )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendants.　　　　　)<br>　　　　　　　　　　　　　　　　　) | Civil Action No. 04-12118-NG |

### DUXBURY TRUCKING INC.'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO SUPPLEMENT THE RECORD WITH REGARD TO THE DEFENDANT MASSACHUSETTS TURNPIKE AUTHORITY

1.　By Order dated October 18, 2005 this Court granted Plaintiff Duxbury Trucking's Assented-to Motion for an Extension of Time to supplement the record for the purposes of making out a claim against the State defendants including the Massachusetts Turnpike Authority ("MTA").  See September 13, 2005 Memorandum and Order at p. 34.

2.　The Court's October 18, 2005 Order extended the time for the MTA to respond to Duxbury Trucking's supplement to the record to December 20, 2005.

3.　Duxbury Trucking has, through informal discovery, submitted a request for documents to the MTA.  That request was submitted on or about October 31, 2005.

4.　Counsel for MTA has informed counsel for Plaintiff that the Turnpike Authority expects to provide the requested documents on or before December 14, 2005.

5.　Counsel for the MTA has agreed that Plaintiff will have thirty (30) days from the date of receipt of the documents to supplement the record as required by the Court's September 13, 2005 Order.

2

6.   Counsel for Duxbury Trucking will inform the Court the date, in fact, that the requested MTA documents are received in order to start the 30 day clock.

7.   Peter N. Kochansky, counsel for the MTA, consents to the motion and the requested relief.

8.   No memorandum of law is necessary as the granting of this motion is within the discretion of the Court.

WHEREFORE, Duxbury Trucking respectfully requests that this Honorable Court:

a)   Grant Duxbury Trucking's motion for extension of time of 30 days following the receipt of the requested Massachusetts Turnpike Authority's documents to respond to the Court's Order to supplement the record; and

b)   Grant any other relief that this Court deems just and proper.

Respectfully submitted,

Duxbury Trucking, Inc.
By Its Attorneys:
SHAHEEN & GORDON, P.A.

DATED:  December 2, 2005         /s/ Arpiar G. Saunders, Jr._____
Arpiar G. Saunders, Jr.
Bar No. 442860
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
asaunders@shaheengordon.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served on December 2, 2005 by U.S. Mail, postage prepaid to Neil V. McKittrick, Esq., Peter N. Kochansky, Esq., Goulston & Storrs, PC, 400 Atlantic Avenue Boston, MA 02110; David B. Stanhill, Esq., Assistant Attorney General, One Ashburton Place, Room 1813, Boston, MA 02108; and Damian W. Wilmot, AUSA, U.S. Attorney's Office, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02110

                                        /s/ Arpiar G. Saunders, Jr._____
                                        Arpiar G. Saunders, Jr.