# SHAHEEN & GORDON
PROFESSIONAL ASSOCIATION

Arpiar G. Saunders, Jr.
*Attorney at Law*

*Offices*
Concord, NH
Dover, NH
Manchester, NH
Portsmouth, NH
York, ME

January 23, 2006

Jennifer Filo, Docket Clerk
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:     Duxbury Trucking, Inc. v. Massachusetts Highway Department, et al.,
        Case No. 04-12118-NG
        Duxbury Trucking, Inc.'s Statement with regard Supplementing the Record Concerning
        Defendant Massachusetts Turnpike Authority

Dear Ms. Filo:

On December 2, 2005 Duxbury Trucking, Inc. by assented-to motion, stated that it needed an extension of time to supplement the record for the purpose of making a claim against State defendants including the Massachusetts Turnpike Authority ("MTA"). In that pleading, counsel for Plaintiff stated that the requested documents from MTA were expected on or before December 14, 2005. Counsel for MTA now states that the requested documents should be received by Plaintiff's counsel on or before Friday, February 3, 2006. Pursuant to the above-noted assented-to motion, Plaintiff will within thirty days from the date of the receipt of the documents supplement the record as required by the Court's September 13, 2005 Order.

Very truly yours,

Arpiar G. Saunders, Jr.,
asaunders@shaheengordon.com

AGS/bg

cc:    Peter N. Kochansky, Esquire
       David B. Stanhill, Esquire
       Damian W. Wilmot, Esquire
       Duxbury Trucking, Inc.

*F:\Data\clients\Duxbury Trucking Company, Inc\USDC 1-23-06.doc*