UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Duxbury Trucking, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-12118-NG |
| v. | ) | |
| | ) | |
| Massachusetts Highway Department, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DUXBURY TRUCKING INC.'S ASSENTED-TO MOTION
TO SEAL EXHIBIT 1 TO ITS SUPPLEMENTAL MEMORANDUM IN
SUPPORT OF THE EQUITABLE TOLLING OF THE STATUTE OF
LIMITATIONS ON ITS DUE PROCESS CLAIMS**

NOW COMES the Plaintiff, Duxbury Trucking, Inc., by and through counsel,

Shaheen & Gordon, P.A., respectfully moves to seal documents that are subject to

attorney agreement, and in support thereof states as follows:

1.      By Order dated September 13, 2005 this Court granted Plaintiff Duxbury

Trucking Inc.'s Motion to Supplement the Record.

2.      Plaintiff is herewith filing with this Court its Supplemental Memorandum

in Support of the Equitable Tolling of the Statute of Limitations on its Due Process

Claims.

3.      Duxbury Trucking Inc.'s Supplemental Memorandum contains

confidential and/or private information and documents that are subject to attorney

agreement.

4.      Accordingly, Plaintiff seeks permission to file Exhibit 1 to Duxbury

Trucking Inc.'s Supplemental Memorandum in Support of the Equitable Tolling of the

Statute of Limitation on its Due Process Claims under seal until further order of this

Court.

5.      Pursuant to Local Rule 7.1(a)(2), undersigned counsel conferred with

Peter N. Kochansky, counsel for the MTA, who advised the MTA consents to the relief

sought herein.

6.      No memorandum of law is necessary as the granting of this motion is

within the discretion of the Court.

WHEREFORE, Duxbury Trucking respectfully requests that this Honorable

Court:

a)      Grant the within Motion and permit Exhibit 1 to Duxbury Trucking's

Supplemental Memorandum in Support of the Equitable Tolling of the Statute of

Limitations on its Due Process Claims be kept under seal until further order of this Court;

and

b)      Grant any other relief that this Court deems just and proper.

                                        Respectfully submitted,

                                        Duxbury Trucking, Inc.
                                        By Its Attorneys:
                                        SHAHEEN & GORDON, P.A.


DATED:  February 16, 2006              /s/ Arpiar G. Saunders, Jr._____
                                        Arpiar G. Saunders, Jr.
                                        Bar No. 442860
                                        107 Storrs Street
                                        P.O. Box 2703
                                        Concord, NH 03302-2703
                                        (603) 225-7262
                                        asaunders@shaheengordon.com


2

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Assented-to Motion to Seal Exhibit 1 to its

Supplemental Memorandum in Support of the Equitable Tolling of the Statute of

Limitations on its Due Process Claims filed through the ECF System will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing

(NEF) and paper copies will be sent to those indicated as non-registered participants on

February 17, 2006.