UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
C. A. No. 04-CV12118

| | |
|---|---|
| **DUXBURY TRUCKING INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **MASSACHUSETTS HIGHWAY** | ) |
| **DEPARTMENT et al,** | ) |
| | ) |
| **Defendants** | ) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

    Please enter the appearance of the undersigned as the attorney for the defendant, Patricia O'Brien, in the above-entitled case.

    PATRICIA O'BRIEN

    By her atttorneys

    THOMAS F. REILLY
    ATTORNEY GENERAL


    /s/ David B. Stanhill
    David B. Stanhill, BBO # 654187
    Assistant Attorney General
    Government Bureau/Trial Division
    One Ashburton Place
    Boston, MA 02108
    (617) 727-2200, Ext. 2573

Date: August 4, 2006

## **CERTIFICATE OF SERVICE**

    I, David B. Stanhill, Assistant Attorney General, hereby certify that I have this day, August 4, 2006, served the foregoing **document**, upon all parties, by electronically filing a copy through the ECF System.

                                                             /s/ David B. Stanhill
                                                             David B. Stanhill