UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. No. 04-CV12118

| | |
|---|---|
| **DUXBURY TRUCKING INC.,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| **MASSACHUSETTS HIGHWAY DEPARTMENT et al,** | ) |
| **Defendants** | ) |

### DEFENDANT PATRICIA O'BRIEN'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT UNDER FRCP 12(b)(5) AND (6)

Defendant Patricia O'Brien ("O'Brien"), pursuant to Fed. R.Civ.P. 12(b)(5) and (6), moves this Court for an Order dismissing the amended complaint against O'Brien. As grounds for her motion, O'Brien states that (1) Duxbury has failed to serve her with its amended complaint in accordance with Fed. R.Civ.P. 4(m); and (2) Duxbury has failed to establish that the statute of limitations period for its due process claim against O'Brien is subject to equitable tolling.

Respectfully submitted,

PATRICIA O'BRIEN

By her attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ David B. Stanhill  
David B. Stanhill, BBO # 654187  
Assistant Attorney General  
Government Bureau/Trial Division  
One Ashburton Place  
Boston, MA 02108  
(617) 727-2200, Ext. 2573

Date: August 4, 2006

## CERTIFICATE OF SERVICE

I, David B. Stanhill, Assistant Attorney General, hereby certify that I have this day, August 4, 2006, served the foregoing **document**, upon all parties, by electronically filing a copy through the ECF System.

/s/ David B. Stanhill  
David B. Stanhill