# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. No. 04-CV12118 NG

| | |
|---|---|
| DUXBURY TRUCKING INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| MASSACHUSETTS HIGHWAY DEPARTMENT et al, | ) |
| Defendants | ) |

### AFFIDAVIT OF PATRICIA O'BRIEN

I, Patricia O'Brien, do hereby depose and state as follows:

1. I have personal knowledge of the facts set forth in this affidavit.

2. I was employed as Director of the Office of Civil Rights at the Massachusetts Highway Department from 1993 until 2003.

3. I have not been served with the amended complaint or any document relating to the above-entitled action.

Signed under the penalties of perjury this 27th day of July, 2006.

*Patricia P. O'Brien*
Patricia O'Brien