Your story is listed below. To refine or expand your search, you can search again.

# US ORDERS MASS. TO AUDIT 4 PROJECTS

Author: By *Raphael Lewis*, GLOBE STAFF Date: 04/08/2004 Page: A1
Section: Metro/Region

The Federal *Highway* Administration has ordered the state to audit four US-funded construction projects this spring, after discovering that the Massachusetts *Highway* Department had failed to monitor contractor compliance with federal antidiscrimination regulations for more than eight years, state and federal officials said yesterday.
The **compliance reviews** of **highway** projects managed by Modern Continental Construction Company Inc., M. DeMatteo Construction Co., Roads Corp., and The Middlesex Corp. will begin this month, as federal authorities investigate a US Department of Transportation program that earmarks **highway** dollars for minority firms.
According to certified letters sent out by the **Highway** Department last week, the reviews will require the four firms to turn over, among other things, a year's worth of "employment profile[s] for new hires and terminations identified by race and sex" for themselves and all subcontractors.
A department spokesman said yesterday he could not determine why the state had failed to audit contractors to ensure that they are hiring women and minority workers, as well as minority-owned and women-owned subcontractors, even though federal regulations require continuous oversight.
As a result, state and federal officials cannot say with any certainty whether contractors on massive public works projects, such as the $385 million Route 3 North project, which is run by Modern Continental, have adhered to stringent federal regulations.
"I don't know why they weren't done," said Jon Carlisle, a spokesman for Transportation Secretary Daniel A. Grabauskas, who took office in 2003. "But there was a sentiment in this office as well as at [the Federal *Highway* Administration] that the practice should be reinstated, so we will."
Carlisle added that the four companies targeted for audits were chosen because the projects they are working on are among the agency's largest and not because they are suspected of non-compliance.
The state's audits are the latest scrutiny of the US Department of Transportation's Disadvantaged Business Enterprise Program, which

seeks to award 10 percent of federal *highway* spending dollars to minority- and women-owned firms.

Yesterday, the Globe reported that the Federal *Highway* Administration will examine records and procedures at the state office that certifies minority- and women-owned companies for participation in the program.

Last week, federal agents searched and removed records from two North Shore demolition firms, one of which, PT Corp., was certified by the state as a disadvantaged business. Federal officials said the search was part of an investigation into fraud in the state.

On the Route 3 North project, one of the projects targeted for a *compliance review*, Modern Continental hired PT Corp. as a sub contractor to do $6 million in bridge demolition work. The firm was searched by two dozen agents from the Internal Revenue Service and the inspector general's offices of the Departments of Labor and Transportation.

Late last year, Transportation Department Inspector General Kenneth M. Mead called fraud in the program a top priority for the department, reporting that the office was involved in 40 investigations in 19 states.

Since 1996, the state has received roughly $4 billion in federal *highway* funding outside the Big Dig project, which has conducted *compliance reviews* continuously. Under federal requirements meant to combat discrimination, approximately $400 million of the federal *highway* money was supposed to be earmarked for small minority- and woman-owned contractors. In addition, the contractors were supposed to hire women and minority workers.

The prime contractors are responsible for making sure that their projects meet the requirements. The state, in turn, is supposed to audit the contractors. Ultimately, the federal government oversees the process.

The four companies targeted for *compliance reviews* run some of the biggest *Highway* Department projects.

Aside from Modern Continental's Route 3 North job, by far the department's largest, DeMatteo is working on the so-called weave-elimination project on Interstate 91 in Springfield; Roads Corp. is working on the Interstate 195 Taunton River crossing; and Middlesex is constructing the Route 146-Route 20 interchange.

John Pourbaix of Construction Industries of Massachusetts, a trade organization that includes all four contractors, said it was his understanding that the *compliance reviews* were fairly routine procedures called for in federal regulations.

A spokeswoman for the Federal *Highway* Administration could not be reached for comment last night. However, documents obtained by the Globe show that agency officials appear willing to share the blame for

the department's lax adherence to federal regulations.

In an internal e-mail dated June 23, 2003, Edward W. Morris Jr., the former agency's associate administrator for civil rights, told colleagues that the investigations into fraud in the program were partially the responsibility of him and others in the federal agency.

"Our referral of matters to OIG [the Office of the Inspector General] reflect failures of the State's and our monitoring and oversight functions," he wrote.

Even with the renewed interest in compliance audits, Carlisle said it was doubtful that the department would scrutinize more than four projects this year, given how exhaustive the audits tend to be.

However, he said the *compliance* reviews would now become a regular task for the department's civil rights office.

Martin J. DeMatteo Jr., president of M. DeMatteo Construction Co. said he had nothing to fear from the scrutiny.

"I'm not worried about this audit," DeMatteo said, "because we have an excellent record of minority participation in workforce utilization and subcontracting with disadvantaged business enterprises."

All content herein is © Globe Newspaper Company and may not be republished without permission.