UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUXBURY TRUCKING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS HIGHWAY )<br>DEPARTMENT; MASSACHUSETTS )<br>TURNPIKE AUTHORITY; )<br>EDWARD W. MORRIS, JR., Federal )<br>Highway Administration, (Former) Associate )<br>Administrator for Civil Rights; )<br>BRENDA ARMSTEAD, Federal Highway )<br>Adminstration, Equal Opportunity Specialist; )<br>ARTHUR "GENE" ARMSTEAD, )<br>Federal Highway Administration, Eastern )<br>Resource Center, Civil Rights Team; )<br>STANLEY GEE, Federal Highway )<br>Administration, District Administrator, )<br>)<br>Defendants. )<br>） | Civil Action No. 04-12118 NG |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter my appearanance in the above-captioned case as counsel for defendants Edward W. Morris, Jr., Federal Highway Administration, (Former) Associate Administrator for Civil Rights; Brenda Armstead, Federal Highway Adminstration, Equal Opportunity Specialist; Arthur "Gene" Armstead, Federal Highway Administration, Eastern Resource Center, Civil Rights Team; and Stanley Gee, Federal Highway Administration, District Administrator.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                      By:  /s/ Mark T. Quinlivan
                                MARK T. QUINLIVAN
                                Assistant U.S. Attorney
                                John Joseph Moakley U.S. Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210
                                617-748-3606

Dated: September 1, 2006