UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUXBURY TRUCKING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MASSACHUSETTS HIGHWAY ) <br> DEPARTMENT; MASSACHUSETTS ) <br> TURNPIKE AUTHORITY; ) <br> EDWARD W. MORRIS, JR., Federal ) <br> Highway Administration, (Former) Associate ) <br> Administrator for Civil Rights; ) <br> BRENDA ARMSTEAD, Federal Highway ) <br> Adminstration, Equal Opportunity Specialist; ) <br> ARTHUR "GENE" ARMSTEAD, ) <br> Federal Highway Administration, Eastern ) <br> Resource Center, Civil Rights Team; ) <br> STANLEY GEE, Federal Highway ) <br> Administration, District Administrator, ) <br> ) <br> Defendants. ) | Civil Action No. 04-12118 NG |

**NOTICE OF CITATION**

The individually-named federal defendants hereby provide this Court with notice that the citation of the case discussed during oral argument is Judicial Watch, Inc. v. Rossoti, 317 F.3d 401 (4th Cir.), cert. denied, 540 U.S. 825 (2003), the relevant discussion appearing on 408-413.

                                                                               Respectfully submitted,

                                                                               MICHAEL J. SULLIVAN
                                                                               United States Attorney

                                                           By:  /s/ Mark T. Quinlivan
                                                              MARK T. QUINLIVAN
                                                              Assistant U.S. Attorney
                                                              John Joseph Moakley U.S. Courthouse
                                                              1 Courthouse Way, Suite 9200
                                                              Boston, MA 02210

Dated: September 6, 2006                        617-748-3606