UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
C. A. No. 04-CV12118

|  |  |
|---|---|
| **DUXBURY TRUCKING INC.,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| **MASSACHUSETTS HIGHWAY DEPARTMENT et al,** | ) |
| **Defendants** | ) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the defendant, Patricia O'Brien, in the above-entitled case.

PATRICIA O'BRIEN

By her atttorneys

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Ronald F. Kehoe
Ronald F. Kehoe, BBO #264260
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place
Boston, MA 02108
(617) 727-2200, Ext. 2619

Date: October 12, 2006

## CERTIFICATE OF SERVICE

    I, Ronald F. Kehoe, Assistant Attorney General, hereby certify that on October 12, 2006 I served the foregoing **document**, upon all parties, by electronically filing a copy through the ECF System.

                                /s/ Ronald F. Kehoe
                                Ronald F. Kehoe