**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

C. A. No. 04-CV12118

_____

                                                        )
**DUXBURY TRUCKING INC.,**                              )
                                                        )
            **Plaintiff,**                              )
                                                        )
**v.**                                                  )
                                                        )
**MASSACHUSETTS HIGHWAY**                               )
**DEPARTMENT et al,**                                   )
                                                        )
            **Defendants**                              )
_____              )

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the defendants

Commonwealth of Massachusetts and Massachusetts Highway Department in the above-entitled

case.

                                    By their atttorneys

                                    THOMAS F. REILLY
                                    ATTORNEY GENERAL


                                    /s/ Ronald F. Kehoe
                                    Ronald F. Kehoe, BBO #264260
                                    Assistant Attorney General
                                    Government Bureau/Trial Division
                                    One Ashburton Place
                                    Boston, MA 02108
                                    (617) 727-2200, Ext. 2619

Date: October 12, 2006

## <u>CERTIFICATE OF SERVICE</u>

I, Ronald F. Kehoe, Assistant Attorney General, hereby certify that on October 12, 2006 I served the foregoing **document**, upon all parties, by electronically filing a copy through the ECF System.

<u>/s/ Ronald F. Kehoe</u>
Ronald F. Kehoe