COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
C. A. No. 04-CV-12118 NG

_____
                                                      )

Duxbury Trucking Inc.,                         )

    Plaintiff,                                        )

                   v.                               )

Massachusetts Highway Department;
Massachusetts Turnpike Authority; Edward
W. Morris, Jr., Federal Highway
Administration, (Former) Associate
Administrator for Civil Rights; Brenda
Armstead, Federal Highway Administration,
Eastern Resource Center, Civil Rights Team;
Stanley Gee, Federal Highway
Administration, District Administrator,

    Defendants.
_____)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

      Please withdraw my appearance of the undersigned as the attorney for the defendants, Commonwealth of Massachusetts, Massachusetts Highway Department, and Patricia O'Brien, in the above-entitled case.

                                                 COMMONWEALTH OF MASSACHUSETTS
                                                 By its Attorneys

                                                 THOMAS F. REILLY
                                               ATTORNEY GENERAL

                                               /s/ David B. Stanhill
                                             David B. Stanhill, BBO # 654187
                                             Assistant Attorney General
                                             One Ashburton Place, 18th Floor
                                             Boston, MA  02108
                                             (617) 727-2200 x2573

**CERTIFICATE OF SERVICE**

      I, David B. Stanhill, Assistant Attorney General, hereby certify that on October 12, 2006 I served the foregoing **document**, upon all parties, by electronically filing a copy through the ECF System.

      /s/ David B. Stanhill
      David B. Stanhill