UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Duxbury Trucking, Inc., )<br>)<br>          Plaintiff, )<br>)<br>       v. )<br>)<br>Massachusetts Highway Department, et al., )<br>)<br>          Defendants. )<br>) | Civil Action No. 04-12118-NG |

**NOTICE WITH REGARD TO SETTLEMENT**

At the conclusion of the scheduled court hearing on September 6, 2006, in a conference with the Court, the parties were encouraged to explore the possibilities of settlement of this matter. Counsel for the Plaintiff reports to the Court that after good faith efforts by all parties settlement was not reached.

                                                          Respectfully submitted,

                                                          Duxbury Trucking, Inc.
                                                          By Its Attorneys:
                                                          SHAHEEN & GORDON, P.A.

DATED: October 26, 2006                   /s/ Arpiar G. Saunders, Jr._____
                                                          Arpiar G. Saunders, Jr.
                                                           Bar No. 442860
                                                           107 Storrs Street
                                                           P.O. Box 2703
                                                           Concord, NH 03302-2703
                                                           (603) 225-7262
                                                          asaunders@shaheengordon.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served on October 26, 2006 by electronic mail to:  Neil V. McKittrick, Esq., Peter N. Kochansky, Esq., Goulston & Storrs, PC, 400 Atlantic Avenue Boston, MA 02110; Ronald F. Kehoe, Esq., Assistant Attorney General, One Ashburton Place, Room 1813, Boston, MA 02108; and Mark T. Quinlivan, AUSA, U.S. Attorney's Office, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02110

      /s/ Arpiar G. Saunders, Jr._____
      Arpiar G. Saunders, Jr.