UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
C. A. No. 04-CV12118

|   |   |
|---|---|
| **DUXBURY TRUCKING INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **MASSACHUSETTS HIGHWAY** | ) |
| **DEPARTMENT et al,** | ) |
| | ) |
| **Defendants** | ) |

### DEFENDANT PATRICIA O'BRIEN'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R.CIV.P. 54(b)

Pursuant to Fed. R. Civ. P. 54(b), defendant Patricia O'Brien (O'Brien) moves for the entry of final judgment in her favor as to plaintiff's due process claim (Count II) brought against O'Brien pursuant to 42 U.S.C. §1983. As ground for this motion, O'Brien states that there is no just reason for delay in entering judgment dismissing plaintiff's due process claim as against O'Brien.

By memorandum and order dated March 6, 2007, the court ruled that the plaintiff had not established that O'Brien was complicit in the FHA's delay in processing the plaintiff's sex discrimination claim, and that FHA's delay did not toll the running of the statute of limitations applicable to plaintiff's due process claim against O'Brien. Therefore, the complaint was untimely filed as against O'Brien and her motion to dismiss was granted. No claims now remain pending against O'Brien, so that there is no just reason to delay entry of final judgment as to her.

For the foregoing reasons, O'Brien moves for the entry of final judgment dismissing the plaintiff's claim against O'Brien.

        PATRICIA O'BRIEN

        By her atttorneys

        MARTHA COAKLEY
        ATTORNEY GENERAL


        /s/ Ronald F. Kehoe
        Ronald F. Kehoe, BBO #264260
        Assistant Attorney General
        Government Bureau/Trial Division
        One Ashburton Place
        Boston, MA 02108
        (617) 727-2200, Ext. 2619

Date: March 14, 2007


## CERTIFICATE OF SERVICE

    I, Ronald F. Kehoe, Assistant Attorney General, hereby certify that on March 14, 2007 I served the foregoing **document**, upon all parties, by electronically filing a copy through the ECF System.

        /s/ Ronald F. Kehoe
        Ronald F. Kehoe