UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **DUXBURY TRUCKING INC.,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| **MASSACHUSETTS HIGHWAY DEPARTMENT et al** | ) ) ) ) ) | C. A. No. 04-CV12118 NG |
| Defendants. | ) ) | |

**GERTNER, D.J. :**

**JUDGMENT**

Upon defendant Patricia O'Brien's motion [docket entry #58] and this Court's determination that there is no just reason for delay, it is hereby **ORDERED AND ADJUDGED** that judgment be entered for defendant Patricia O'Brien in accordance with this Court's order of March 6, 2007 [docket entry #57] dismissing plaintiff's due process claim against the defendant.

**SO ORDERED :**

**Dated: March 20, 2007**                           s/ NANCY GERTNER U.S.D.J.