**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                        )
**DUXBURY TRUCKING INC.,**              )
                                        )
    **Plaintiff,**          )
                                        )
      **v.**         )
                                        )
                                        )
**MASSACHUSETTS HIGHWAY**               )
**DEPARTMENT et al**                    ) C. A. No. 04-CV12118 NG
                                        )
    **Defendants.**         )
_____)

**GERTNER, D.J. :**

**JUDGMENT**

Upon the Court's determination that there is no just reason for delay and upon defendant Patricia O'Brien's express motion for an entry of judgment [docket entry #58], it is hereby ORDERED AND ADJUDGED that judgment be entered for defendant Patricia O'Brien in accordance with this Court's order of March 6, 2007 [docket entry #57] dismissing plaintiff's due process claim against the defendant, and pursuant to Fed. R. Civ. P. 54(b).

**SO ORDERED :**
**Dated: April 13, 2007**            **s/ NANCY GERTNER U.S.D.J.**