UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUXBURY TRUCKING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS HIGHWAY DEPARTMENT; MASSACHUSETTS TURNPIKE AUTHORITY; EDWARD W. MORRIS, JR., FEDERAL HIGHWAY ADMINISTRATION, (FORMER) ASSOCIATE ADMINSTRATOR FOR CIVIL RIGHTS; BRENDA ARMSTEAD, FEDERAL HIGHWAY ADMINISTRATION, EQUAL OPPORTUNITY SPECIALIST; ARTHUR "GENE" ARMSTEAD, FEDERAL HIGHWAY ADMINISTRATION, EASTERN RESOURCE CENTER, CIVIL RIGHTS TEAM; STANLEY GEE, FEDERAL HIGHWAY ADMINISTRATION, DISTRICT ADMINISTRATOR,<br><br>Defendants. | CIVIL ACTION NO. 04-12118NG |

## MOTION OF DEFENDANTS THE MASSACHUSETTS TURNPIKE AUTHORITY AND LORENZO PARRA FOR ENTRY OF FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54(b), defendants the Massachusetts Turnpike Authority and its employee Lorenzo Parra (collectively, the "Authority") hereby move for the entry of final judgment in their favor as to plaintiff Duxbury Trucking, Inc.'s claims against the Authority. As grounds for this motion, the Authority states that there is no just reason for delay in entering judgment dismissing all claims against the Authority.

By Memorandum and Order dated March 6, 2007, the Court ruled that the plaintiff's due process claims under 42 U.S.C. § 1983 are time-barred under the applicable statute of limitations, and that no grounds exist to toll the statute of limitations in this case. The Court's

Order granted in full the Authority's Motion to Dismiss. The Court had previously dismissed the other claim against the Authority, which alleged gender discrimination and was brought under 23 U.S.C. § 324 and Title VI, 42 U.S.C. § 2000d. No claims against the Authority remain pending, so there is no just reason to delay entry of final judgment as to the Authority.

For the foregoing reasons, the Authority moves for the entry of judgment dismissing the plaintiff's claims against the Authority. A proposed form of Judgment is filed herewith.

THE MASSACHUSETTS TURNPIKE AUTHORITY

By its attorneys,

/s/ Peter N. Kochansky
Neil V. McKittrick, BBO #551386
Peter N. Kochansky, BBO #647008
GOULSTON & STORRS,
 A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts 02110
(617) 482-1776

Dated: April 17, 2007

## Certification of Service

I hereby certify that a true copy of the above document was filed through the ECF System and will be electronically delivered to the registered participants on the Notice of Electronic Filing, and that paper copies will be sent to those indicated as non-registered participants on April 17, 2007.

/s/ Peter N. Kochansky
Peter N. Kochansky

GSDOCS\1716558.1