UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUXBURY TRUCKING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS HIGHWAY DEPARTMENT;<br>MASSACHUSETTS TURNPIKE AUTHORITY;<br>EDWARD W. MORRIS, JR., FEDERAL HIGHWAY<br>ADMINISTRATION, (FORMER) ASSOCIATE<br>ADMINSTRATOR FOR CIVIL RIGHTS; BRENDA<br>ARMSTEAD, FEDERAL HIGHWAY<br>ADMINISTRATION, EQUAL OPPORTUNITY<br>SPECIALIST; ARTHUR "GENE" ARMSTEAD,<br>FEDERAL HIGHWAY ADMINISTRATION,<br>EASTERN RESOURCE CENTER, CIVIL RIGHTS<br>TEAM; STANLEY GEE, FEDERAL HIGHWAY<br>ADMINISTRATION, DISTRICT ADMINISTRATOR,<br><br>    Defendants. | CIVIL ACTION NO. 04-12118NG |

## JUDGMENT

Upon the Court's determination that there is no just reason for delay and upon the express motion of defendants the Massachusetts Turnpike Authority and its employee Lorenzo Parra (collectively, the "Authority"), and pursuant to Fed. R. Civ. P. 54(b), it is hereby ORDERED AND ADJUDGED that judgment be entered for the Authority in accordance with this Court's order of March 6, 2007 [docket entry #57] dismissing the plaintiff's due process claim against the Authority.

SO ORDERED:

Dated April __, 2007            s/ NANCY GERTNER U.S.D.J.