UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| DUXBURY TRUCKING INC., | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) |
| MASSACHUSETTS HIGHWAY | ) |
| DEPARTMENT, et al, | ) C.A. No. 04cv12118-NG |
|     Defendants. | ) |

GERTNER, D.J. :

### JUDGMENT

Upon the Court's determination that there is no just reason for delay and upon defendant Massachusetts Turnpike Authority's express motion for an entry of judgment [docket entry #63], it is hereby **ORDERED AND ADJUDGED** that judgment be entered for defendant Massachusetts Turnpike Authority in accordance with this Court's order of March 6, 2007 [docket entry #57] dismissing plaintiff's due process claim against the defendant, and pursuant to Fed. R. Civ. P. 54(b).

SO ORDERED.

Date:  April 18, 2007          /s/ Nancy Gertner
                               **NANCY GERTNER, U.S.D.C.**