# SHAHEEN & GORDON
PROFESSIONAL ASSOCIATION

Arpiar G. Saunders, Jr.
*Attorney At Law*

Offices
Concord, NH
Dover, NH
Manchester, NH
Portsmouth, NH
York, ME

June 12, 2006

Pamela Steele-Nelson, Chief
Complaint Center Operations
U.S. Department of Transportation
Office of Inspector General
P.O. Box 23178
Washington, DC 20026-0178

    RE:    Hotline #04IH-369-I-000: Freedom of Information Act ("FOIA") Request

Dear Ms. Steele-Nelson:

    In accordance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, I am writing to request copies of all documents in the possession of the United States Department of Transportation, Federal Highway Administration concerning the investigation in to complaint Hotline #04IH-369-I-000, the subject of your May 23, 2006 correspondence. A copy of that correspondence is attached for your information and use.

    For purposes of this request, the term "document" includes, without limitation, all correspondence memoranda, inter- and intra-agency communications, minutes, reports, notes, schedules, analyses, photographs, contracts, proposals, and all other documents tangible or retrievable of any kind.

    As provided under the FOIA, I anticipate receiving a reply to this request within ten (10) working days. In the event that a determination is made that some or all of the documents requested are exempt from disclosure under FOIA, please identify those documents withheld and the basis for the USDOT's exemption in each such instance. Finally, please provide me with a copy of all non-exempt material to the extent that such material is reasonably segregable from material claimed by the USDOT to be exempt from disclosure.

*Pamela Steele-Nelson, Chief*
*June 12, 2006*
*Page 2*

      To expedite process of this request, kindly notify me, as soon as possible, regarding the availability and cost of these documents prior to copying. Please do not hesitate to call me at 603-225-7262 should you need additional information to process this request.

      Very truly yours,

      Arpiar G. Saunders, Jr.
      asaunders@shaheengordon.com

AGS/bg
Enclosure
cc:    Duxbury Trucking, Inc.
       Damian Wilmot, Assistant United States Attorney

F:\Data\clients\Duxbury Trucking Company, Inc\Pamela Steele-Nelson Ltr 061206.doc