UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| Duxbury Trucking, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-12118-NG |
| v. ) | |
| ) | |
| Massachusetts Highway Department, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR STATUS CONFERENCE**

NOW COMES plaintiff, Duxbury Trucking, Inc., by and through its attorneys, Shaheen & Gordon, P.A., and files this motion requesting a status conference, and in support thereof states as follows:

1. The most recent Order by the Court in this matter is dated March 6, 2007 which, in part, asks for further briefing by the parties on the availability of a Bivens action. Responding to the schedule contained in this Court's March 6, 2007 Order, the Federal Defendants' submitted a Supplemental Brief on March 20, 2007. The Plaintiff's Response Brief was submitted on March 30, 2007.

2. The Plaintiff submitted an Additional Response to the Federal Defendants' Supplemental Brief on January 4, 2008, said response utilizing information and documents obtained from a response by the Federal Highway Administration to a long standing Freedom of Information Act request filed by Plaintiff's counsel.

3. Ms. Martinsen, the principal of Duxbury Trucking, Inc., and her husband, Roy Martinsen, have over the past year developed fairly significant health issues.

4. The Plaintiff's counsel fully appreciates that the Court has had, and continues to have a very full docket. The Plaintiff is seeking a status conference to have counsel obtain an informed sense of when the Court will have the opportunity to review the issues in this matter. Again, the Plaintiff's counsel is very much aware of the Court's busy schedule.

WHEREFORE, plaintiff respectfully requests that this Honorable Court:

a. Grant the within Motion scheduling a status conference in the above-noted matter; and

b. Grant such further relief as this Court deems necessary and just.

Respectfully submitted,

Duxbury Trucking, Inc.
By Its Attorneys:
SHAHEEN & GORDON, P.A.

DATED: April 28, 2008

/s/ Arpiar G. Saunders, Jr._____
Arpiar G. Saunders, Jr.
Bar No. 442860
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
asaunders@shaheengordon.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff Duxbury Trucking Inc.'s <u>Motion for Status Conference</u> was filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 28, 2008.

/s/ Arpiar G. Saunders, Jr.\_\_\_\_\_
Arpiar G. Saunders, Jr.
Bar No. 442860

G:\CLIENTS\DUXBURY TRUCKING COMPANY, INC\MOTION FOR STATUS CONFERENCE 04.28.08.DOC