UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUXBURY TRUCKING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS HIGHWAY )<br>DEPARTMENT; MASSACHUSETTS )<br>TURNPIKE AUTHORITY; )<br>EDWARD W. MORRIS, JR., Federal )<br>Highway Administration, (Former) Associate )<br>Administrator for Civil Rights; )<br>BRENDA ARMSTEAD, Federal Highway )<br>Administration, Equal Opportunity Specialist; )<br>ARTHUR "GENE" ARMSTEAD, )<br>Federal Highway Administration, Eastern )<br>Resource Center, Civil Rights Team; )<br>STANLEY GEE, Federal Highway )<br>Administration, District Administrator, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12118 NG |

**NOTICE OF RECENT DECISION**

Defendants Edward W. Morris, Jr., Federal Highway Administration, (Former) Associate Administrator for Civil Rights; Brenda Armstead, Federal Highway Adminstration, Equal Opportunity Specialist; Arthur "Gene" Armstead, Federal Highway Administration, Eastern Resource Center, Civil Rights Team; and Stanley Gee, Federal Highway Administration, District Administrator, hereby provide notice to this Court of the decision in Wilson v. Libby, No. 07-5257, slip op. at 8-20 (D.C. Cir. Aug. 12, 2008), in which D.C. Circuit, in a divided vote, held, *inter alia*, that the federal courts could not create a Bivens remedy for alleged violations of the Privacy Act because that Act constitutes a comprehensive remedial scheme, and notwithstanding the fact that the

Act may not provide complete relief to the plaintiffs. The D.C. Circuit's comprehensive analysis in <u>Wilson</u>, which discusses and applies the Supreme Court's recent decision in <u>Wilkie</u> v. <u>Robbins</u>, 127 S. Ct. 2588 (2007), is relevant to the issues raised in the individually-named federal defendants pending motion to dismiss. A copy of the decision is attached for the Court's convenience.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/ Mark T. Quinlivan
    MARK T. QUINLIVAN
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3606

Dated: August 12, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ Mark T. Quinlivan
    MARK T. QUINLIVAN
    Assistant U.S. Attorney

August 12, 2008